No. 1:20-CV-00024-RJS-DBP

# In The

# Supreme Court of the United States

**BRETT L ELIASON; AGENT, EXECUTOR, TRUSTEE, AND ATTORNEY IN FACT FOR MAX D ELIASON "ME" (et al)**

**Plaintiff**

**THE UNITED STATES DEPARTMENT OF JUSTICE AND THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS (et al)**

**Defendant**

MOTION FOR SUMMARY JUDGEMENT AGAINST THE DEFENDANTS AND TO COMPEL THE CITIZENS OF THE UNITED STATES OF AMERICA TO BEHOLD THE MOST CORRUPT GROUP OF FELONS IN THE HISTORY OF MANKIND WHO ARE SITTING IN POSITIONS OF POWER AND TRUST IN THE UPPER ESCHELONS OF BOTH CHURCH AND STATE AND WHO IN REALITY CONSIDER THEMSELVES MEMBERS OF THE WORLD ELITE AND PROPONENTS OF THE NEW WORLD ORDER CONSISTING OF BROTHELS AND WHORES FROM THE NEW WORLD ORDER OF SATANIC "ILLUMINATED" SOCIETIES WHICH IS USING SECRET HOLOGRAPHIC TECHNOLOGY AND PROMISES OF A UTOPIAN SOCIETY TO DECEIVE HUMANITY INTO BELIEVING THE "PURE TRUTH" BEHIND WHAT "LIES BENEATH" THE FAÇADE OF THEIR ALIEN AGENDA CREATED BY FILTHY EVIL SOULS WHOSE GOAL IS TO EXTEND THE WISHES OF HERR HITLER AND HERR HIMLER BY REDUCING WORLD POPULATION BY 95% THROUGH MAN-MADE VIRUSES, POISONED WATER, CHEM TRAILS, AND INTENTIONAL ASSAULTS BY THE UNITED NATIONS AND ONE WORLD GOVERNEMNT AND RELIGION WHICH BLAMES TERRORISTS, VIRUSES, AND ALIENS FOR THEIR INTENTIONAL ASSAULTS AGAINST 6 BILLION MEMBERS OF HUMANITY.  THEY ARE NOW GUILTY OF CAPITAL TREASON AND CAPITAL MURDER SINCE THE ONE NATION UNDER GOD WHICH ENSURES THE BLESSINGS OF LIBERTY TO OURSELVES AND OUR POSTERITY STILL STANDS WITH PRESIDENT DONALD TRUMP AS THE COMMANDER IN CHIEF REPRESENTING THE GOD AND COUNTRY THEY BETRAY.

# IN THE UNITED STATES SUPREME COURT AND DISTRICT COURTS

**BRETT L ELIASON; AGENT, TRUSTEE, BENEFICIARY OF THE ESTATES OF MAX AND JOYCE ELIASON**

**MAX D ELIASON AND THE MAX D ELIASON ESTATE AND TRUST DATED OCTOBER 28TH, 2015 (MAX D ELIASON IS LIVING AS TRUSTEE AND SETTLOR)**

**THE JOYCE S. ELIASON ESTATE AND TRUST DATED OCTOBER 28TH, 2015 (deceased May 21st, 2018)**

**KYLIE MARIE ELIASON AND BRITTNIE LYNNE ELIASON** (BENEFICIARIES OF THE GRANDCHILDREN'S TRUST)

**VERONIQUE P ELIASON;** (SUCCESSOR TRUSTEE TO BRETT L ELIASON UNDER THE 2016 TRUST)

_____
Plaintiff

v.

**THE UNITED STATES DEPARTMENT OF JUSTICE**

**THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**

**DALLIN H OAKS, TRUSTEE OF THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS**

**MITT ROMNEY, UNITED STATES SENATOR FOR THE STATE OF UTAH**

**WILLIAM BARR; THE UNITED STATES ATTORNEY GENERAL**

**CHIEF JUDGE ROBERT D SHELBY OF THE UNITED STATES DISTRICT COURT OF UTAH**

**CHIEF JUDGE PHILLIP A BRIMMER OF THE UNITED STATES DISTRICT COURT OF COLORADO**

**CRAIG MCCULLOUGH, ATTORNEY FOR MAX AND JOYCE ELIASON AND SR PARTNER OF KMC LAW NOW REPRESENTING BRYAN AND LISA STEPHENS AND MARK AND LAURIE ELIASON WHICH IS A CRIMINAL BREACH OF FIDUCIARY DUTY AND 2ND DEG FELONY**

**LISA STEPHENS. SOLE TRUSTEE OF THE JOYCE S ELIASON ESTATE DATED 10-28-15 AND THE MAX D ELIASON TRUST DATED 10-28-15**

**THIRD MOTION FOR SUMMARY JUDGEMENT AGAINST THE DEFENDANT CORPORATION OF THE PRESIDENT OF THE CHRUCH OF JESUS CHRIST OF LATTER-DAY SAINTS. AND EACH MEMBER OF THE FIRST PRESIDENCY AND THE QUORUM OF THE TWELVE APOSTLES WHO CONTINUE TO CONCEAL THE FELONY EMBEZZLEMENT OF THE $200 MILLION ESTATES OF MAX AND JOYCE ELIASON**

**MOTION TO COMPEL THE MEMBERS OF THE UNITED STATES DEPARTMENT OF JUSTICE AND WILLIAM BAR AS THE US ATTORNEY GENERAL TO REVIEW THE FIRST AMENDMENT RIGHTS THEY SWORE AN OATH TO PROTECT AND TO RETURN AND REPORT THEIR EXPLANATION AS TO WHY THEY ARE ENTITLED TO IGNORE SAID RIGHTS HEREIN**

**MOTION TO COMPEL THE OFFICERS OF THE COROPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND DALLIN H OAKS TO REVIEW THE FIRST COMMANDMENT OF GOD UNDER WHICH BOTH HE AND THE OTHER OFFICERS SERVE THIS NATION AND THE MEMBERS OF THE LDS CHURCH AND TO RETURN AND REPORT THEIR EXPLANTION AS TO WHY THEY ARE ENTITLED TO IGNORE SAID LAWS OF GOD**

**MOTION TO INFORM THE CITIZENS OF THE COUNTRY THAT WAS FORMED "UNDER GOD WITH LIBERTY AND JUSTICE FOR ALL" THAT DEMOCRACY AS DEFINED BY THE UNITED STATES CONSTITUTION IS HANGING BY A THREAD AND UNLESS "WE THE PEOPLE" STAND TOGETHER AGAINST TYRANNY AND THIS GROUP OF NEW WORLD ORDER WHORES AND BROTHELS; THEN EVERYTHING THE UNITED STATES STANDS FOR IS ALREADY DEAD SO BEGIN PRACTICING PRAYING TO AN ALIEN SLUT GOD NAMED DALLIN H OAKS AND HIS WHORE MITT ROMNEY…**

**UT CASE No. 1:20-CV-00024-RJS-DBP**
**Chief Judge:  ROBERT J SHELBY**
**Magistrate Judge: DUSTIN B PEAD**

**CO CASE No. 1:20-CV-00959-PAB-SKC**
**Chief Judge: PHILLIP A BRIMMER**
**Magistrate Judge: S KATO CREWS**

THE FIRST PRESIDENCY AND THE QUORUM OF THE TWELVE APOSTLES OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS INCLUDING:

PRESIDENT RUSSEL M NELSON,
PRESIDENT HENRY B EYERING,
PRESIDENT M RUSSEL BALLARD,
ELDER JEFFREY R HOLLAND
ELDER DIETER F UCHTDORF,
ELDER DAVID A BEDNAR
ELDER QUENTIN L COOK,
ELDER D TODD CHRISTOFFERSON,
ELDER NEIL L ANDERSEN,
ELDER RONALD L RASBAND,
ELDER GARY E STEVENSON,
ELDER DALE G RENLUND,
ELDER GARRET W GONG
ELDER ULISSES SOARES

JOHN H HUBER, UNITED STATES ATTORNEY GENERAL FOR THE DISTRICT OF UTAH

SEAN REYES, ATTORNEY GENERAL FOR THE STATE OF UTAH

GOVERNOR GARY HERBERT OF THE STATE OF UTAH

JUDGE ADAM MOW OF THE THIRD DISTRICT COURT OF THE STATE OF UTAH

JUDGE ROBERT P. FAUST OF THE THIRD DISTRICT COURT OF THE STATE OF UTAH

THE SALT LAKE DISTRICT ATTORNEY'S OFFICE

CHRIS ALBERICH; DEPUTY DISTRICT ATTORNEY

RORI STOKES, DISTRICT ATTORNEY FOR THE SALT LAKE CITY DISTRICT ATTORNEY'S OFFICE

JUDGE JILL H PARRISH OF THE UNITED STATES DISTRICT COURT OF UTAH

THE UNIFIED POLICE DEPARTMENT AND THE HOLLADAY PRECINCT AND OFFICER M. NAYLOR PERSONALLY

THE SALT LAKE CITY POLICE DEPARTMENT

THE UTAH BAR ASSOCIATION

KAY BURNINGAHM, ATTORNEY AT LAW;

PARK ROMNEY, ATTORNEY AT LAW;

KENT SNIDER, ATTORNEY AT LAW

THE LAW OFFICES OF KIRTON McCONKIE, PC,

LEE WRIGHT; PRESIDENT OF KMC LAW
CAMERON HANCOCK; VP OF KMC LAW
KEN OLSEN; MANAGER OF KMC LAW
TOM MECHAM, MANAGER OF KMC LAW
CHRIS HILL, MANAGER KMC LAW
GREG MOESINGER, MANAGER KMC LAW

EQUITY PARTNERS AND HIGH MANAGERIAL AGENTS OF KIRTON MCCONKIE LAW OFFICES DAX D ANDERSON, TIMOTHY B ANDERSON, ROD N ANDREASON, BRENT A ANDREWSEN RANDY T AUSTIN, MATTHEW C BALLARD, LORIN C BARKER, JASON W BEUTLER, KENNETH W BIRRELL, CHRISTOPHER E BRAMHALL, JOSEPH R BRUBAKER, BRIAN W BURNETT, JAMES T BURTON, TYLER BUSWELL, RYAN C CADWALLADER, THOMAS K CHECKETTS, TONY CHRISTENSEN, CHRISTIAN S COLLINS, DAVID R CONKLIN, MICHAEL W DURHAM, ALEXANDER SUSHKU, BRETT D EKINS, JAMES E ELLSWORTH, DAVID S EVANS, WALLACE O FELSTED, RYAN B FRAZIER, GEOFF GERMANE, DAVID L GLAZIER, CHAD A GRANGE, R SHAWN GUNNERSON, BEN HATHAWAY, READ R HELLEWELL, KENNETH E HORTON, LOYAL C HULME, DALE E HULSE, ROBERT C HYDE, SCOTT E ISAACSON, LARRY S JENKINS, RANDY K JOHNSON, MICHAEL D JOHNSTON, ADAM M KAAS, BRYANT J KELLER, KEVIN L KIMBALL, JOHN B LINDSAY, PARK LLOYD, DANIEL S MCCONKIE, OSCAR W MCCONKIE III, ANTONIO A MEJIA, CRAIG METCALF, RUSSELL S MITCHELL, JACOB T MUKLEWICS, MERRILL F NELSON, STERLING S OLANDER, JOSEPH V OSMOND, ALEXANDER N PEARSON, DANIEL H PURDIE, JESSICA RANCIE, LANCE D RICH, MATTHEW K RICHARDS, SHAWN T RICHARDS, ERIC B ROBINSON, JOSHUA RUPP, PETER C SCHOFIELD, JUSTIN W STARR, SWEN R SWENSON, DAVID B TINGEY, BRIAN D TUCKER, JON E WADDOUPS, ADAM WAHLQUIST, DAVID M WAHLQUIST, MICHAEL C WALCH, THOMAS D WALK, ROBERT D WALKER, STEVEN L WHITEHEAD, BRINTON M WILKINS, DAVID S WILSON, R GARY WINGER, EVAN R WITT, JOEL D WRIGHT, ROBBIE G YATES, ELAINE C YOUNG

DEBRA DEMKE; NOTARY PUBLIC FOR KMC LAW

BRYAN P STEPHENS, INDIVIDUALLY; CPA AND MANAGING PARTNER OF SMC, LLC

MARK D ELIASON; TRUSTEE

ATTORNEY BRENT O HATCH

CHIEF JUDGE PHILLIP A BRIMMER AND
MAGISTRATE JUDGE S KATO CREWS OF THE UNITED
STATES DISTRICT COURT FOR THE DISTRICT OF
COLORADO

CORBETT / GWILLIAM PC,
DAVID M CORBETT, PARTNER
AARON SCOTT GWILLIAM, PARTNER
ATTORNEY R DAVID BISHOP

SCALLEY READING BATES HANSEN & RASMUSSEN,
P.C. DARWIN H. BINGHAM, ATTORNEY AT LAW
MARLON L BATES, FORD G SCALLEY, J BRUCE
READING, SCOTT N RASMUSSEN

THE LAW OFFICES OF CHRISTENSEN JENSEN
ROGER P CHRISTENSEN
GEORGE W BURBIDGE II
JEFF ENQUIST

RENCHER ANJEWIERDEN LAW OFFICES, JARYL L
RENCHER, D GREGORY ANJEWIERDEN, BENJAMIN K
LUSTY, MICHAEL J COLLINS

THE LAW OFFICES OF KIRKLAND ELLIS BASED IN
CHICAGO (APPROX. 450 EQUITY PARTNERS)

BAIR ELITE, LLC AND ROBERT BAIR, PAULINE BAIR,
JON BAIR, ZAC BAIR INDIVIDUALLY

MY 3-D ME, LLLC

THE ELIASON 2015 TRUST;

THE ELIASON 2016 TRUST;

ELIASON EIGHT, LLC;

ELIASON ENTERPRISES LLC

THE JOYCE S ELIASON TRUST DATED 10-28-15

THE MAX D ELIASON TRUST DATED 10-28-15

THE MAX D ELIASON DYNASTY TRUST

THE JOYCE S ELIASON DYNASTY TRUST

THE JOYCE ELIASON GRANDCHILDRENS TRUST

THE GREAT-GRANDCHILDRENS TRUST

THE ELIASON DYNASTY TRUST

THE ELIASON SUPPORT TRUST

LAURIE ELIASON, TRUSTEE

THE ELIASON EDUCATION TRUST

THE ELIASON MARITAL TRUST

THE ELIASON DESCENDANTS DECEASED
CHILDREN'S TRUST

CHARITABLE TRUSTS CREATED BY CRAIG
MCCULLOUGH AS PER ELIASON 2015 TRUST

MARIE A O'ROURKE, VCITIMS' RIGHTS
OMBUDSMAN FOR THE UNITED STATES
DEPARTMENT OF JUSTICE

A.G. PETERSON; EXECUTIVE DIRECTOR OF
THE STATE OF UTAH JUDICIAL CONDUCT
COMMISSION

JULIE HARMAN, DAVID WERNER, ZANT DOTY,
KINDRA KAUER, PARK BEUTLER, LIZ FELIX,
CHRISTINA HIGGINS

BISHOPRIC OF THE RIDGETOP WARD JASON
HULL, PAUL COLES, DAVID PETERSON, RYAN
SLOBIDIAN,

RICH HENDERSHOT, STAKE HIGH
COUNCILMAN OF THE NORTH SALT LAKE
STAKE; SPENCER RICHARDS, RICK
STRATFORD, NOLAN TAYLOR; STAKE
PRESIDENCY OF THE NORTH SALT LAKE
STAKE

THE SALT LAKE TRIBUNE; JESSICA MILLER,
PEGGY STACK, JENNIFER NAPIER-PEARCE,
PAUL HUNTSMAN, HUNTSMAN FAMILY
INVESTMENTS, LLC

AMY STEPHENS, JASON STEPHENS, LINDSAY
STEPHENS, WHITNEY STEPHENS, AUSTIN
STEPHENS, SPENCER STEPHENS, DEREK
ELIASON, DYLAN ELIASON, ANGELA ELIASON

THE FEDERAL BUREAU OF INVESTIGATION
(FBI)

THE INTERNAL REVENUE SERVICE (IRS)

JUDGE ROYAL HANSEN OF THE THIRD
DISTRICT COURT PROBATE

JUDGE KARA PETIT OF THE THIRD DISTRICT
COURT PROBATE

THE QUORUM OF THE SEVENTIES OF THE
CHURCH OF JESUS CHRIST OF LATTER-DAY
SAINTS

3

THE ELIASON SPOUSES SUBTRUST

EACH UNITED STATES DISTRICT JUDGE WITHIN THE
DISTRICTS OF UTAH AND COLORADO WHO ARE
AWARE OF THIS MATTER AND DO NOTHING BUT HIDE
BEHIND THE ROBES THEY DEFILE BY NOT DEFENDING
THE UNITED STATES CONSTITUTION

THE STATE OF UTAH

THE STATE OF COLORADO

THE BILDERBERG GROUP

THE FREE MASONS

THE ROMAN CATHOLIC CHURCH

PRESIDENT GEORGE W BUSH

THE UNITED NATIONS

THE MORMON MAFIA

THE LUCIFERIANS

THE WORLD ELITE

THE ILLUMINATI

THE NEW WORLD ORDER

THE MEMBERS OF SCIENTOLOGY INCLUDING ANY
MEMBERS OF HOLLYWOOD WHO ADHERE TO THE
BELIEF THAT THEY ARE CONSIDERED "WORLD ELITE"

ALL MEDIA BROADCASTING COMPANIES WITHIN THE
UNITED STATES INCLUDING BUT NOT LIMITED TO:

THE WASHINGTON POST

THE NEW YORK TIMES

THE DESERET NEWS

THE WALL STREET JOURNAL

FOX NEWS

ABC

NBC

CBS

BILL AND HILLARY CLINTON

FORMER PRESIDENT GEORGE W BUSH

THE SKULL AND BONES SOCIETY AND EACH
MEMBER THEREOF

BILL GATES

WARREN BUFFET

HENRY KISSENGER

THE ROTHSCHILD BLOODLINE

THE DUPONT BLOODLINE

THE ROCKEFELLAR BLOODLINE

THE DISNEY BLOODLINE

THE ASTOR BLOODLINE

THE COLLINS BLOODLINE

THE FREEMAN BLOODLINE

THE KENEDY BLOODLINE

THE LI BLOODLINE

THE RUSSEL BLOODLINE

THE ONASSIS BLOODLINE

THE VAN DUYN BLOODLINE

THE MEROVINGIAN BLOODLINE

THE REYNOLDS BLOODLINE

THE "INTERNATIONAL BANKERS

THE IHF

THE WORLD BANK

THE FEDERAL BANK OF INTERNATIONAL
SETTLEMENT

THE INSTITUTE FOR POLICY STUDIES

THE STANFORD RESEARCH INSTITUTE

THE BROOKINGS INSTITUTE

THE TAVIS STOCK INSTITUTE

THE COMMITTEE OF 300

THE PENTAGON REPRESENTING THE UNITED STATES DEFENSE DEPARTMENT

THE ASPEN INSTITUTE

THE JASON SOCIETY

P2/OPIUS DEI

THE ROSICRUCIANS

THE BOHEMIAN CLUB

THE KNIGHTS OF MALTA

THE COUNCIL ON FOREIGH RELATIONS

THE TRILATERAL COMMISSION

NATO/EE/ECU

CLUB OF ROME

MI-5

THE CIA

THE NSA

THE KGP

THE INTERPOL

MOSSAD

HOMELAND SECURITY

MILITARY INTELIGENCE

THE WORLD PARLIAMENT OF RELIGIONS

THE NATIONAL COUNCIL OF CHURCHES

THE CHRISTIAN FUNDAMENTALISTS

THE TEMPLE OF UNDERSTANDING

THE UNIVERSALIST CHURCHES

VATICAN JESUITS

SATANISTS

UNESCO

LUCIS TRUST

ESALIN INSTITUTE

PLANETARY CONGRESS

MEDIA ESTABLISHMENT

WORLD FEDERALIST ASSOCIATION

WORLD CONSTITUTION ASSOCIATION

BECHTOL

CARLYLE GROUP

TRW

RATHEON

RAND

WALMART

TEXAS UTILITIES

ATLANTIC RICHFIELD-ARCO

EXXON ESSO MOBIL

TEXACO

SHELL OIL

TENNECO

CORNING

DOW JONES

MBNA CITIGROUP

CHASE MANHATTEN

BANK OF AMERICA

BANKERS TRUST

GLAXO SMITH CLINE

ARCHER DANIELS MIDLAND

CHEMICAL BANKING

SHERING PLOUGH

GOLDMAN SACHS

| | |
|---|---|
| WORLD UNION | IBM |
| AMERICAN EXPRESS | MOTOROLA |
| AT&T | DELL |
| PHILLIP MORRIS | LEVI STRAUS |
| BOEING | JOHNSON & JOHNSON |
| AMTRAK | BRISTOL MEYERS SQUIBB |
| NORTHWEST AIRLINES | ELY LILLY |
| AMERICAN AIRLINES | PFIZER |
| FORD MOTORS | KISSENGER ASSOCIATION |
| CHRYSLER | AMWAY |
| GENERAL MOTORS | MONSANTO |
| DEER | DOW CHEMICAL |
| NABISCO | NEWSCORP LIMITED |
| COCA-COLA | TIME WARNER/AOL |
| PEPSI | DISNEY |
| ANHEISER BUSH | PBS |
| MCDONALDS | CNN |
| BURGER KING | REUTERS |
| AETNA | WASHINGTON TIMES |
| BLACKSTONE GROUP | CHILDREN'S TV WORKSHOP |
| TEXACO | US NEWS AND WORLD REPORT |
| BP AMACO | WR NEW YORK TIMES |
| GE | TIME INC |
| ENRON | NEWSWEEK |
| DAIMLER/CHRYSLER | WASINGTON POST |
| UNISYS | WALL STREET JOURNAL |
| ITT | REUTERS |
| XEROX | CNBC |

**INTEL**

**WILLIAM BARR; THE UNITED STATES ATTORNEY GENERAL**

**THE UNITED STATES SUPREME COURT MEMBERS**

**NANCY PELOSI; SPEAKER OF THE HOUSE OF REPRESENTATIVES AND MEMBER OF THE LEGISLATIVE BRANCH**

**MIKE PENCE; PRESIDENT OF THE SENATE AND MEMBER OF THE LEGISLATIVE BRANCH**

**MIKE POMPEO; THE UNITED STATES SECRETARY OF STATE AND SECRETARY OF THE CABINET OF PRESIDENT DONALD TRUMP**

**UTAH SENATOR MIKE LEE**

**UTAH CONGRESSMEN BEN MCADAMS, CHRIS STEWART, JON CURTIS, ROB BISHOP**


**THIRD PARTY PARTICIPANTS:**

**DONALD TRUMP; PRESIDENT OF THE UNITED STATES AND OF THE EXECUTIVE BRANCH OF THE UNITED STATES AND COMMANDER IN CHIEF WHOSE INVOLVEMENT IS CURRENTLY BEING DENIED BY THOSE SURROUNDING HIM AND REFUSING TO BRING THIS MATTER TO HIS ATTENTION AND THEREBY IMPLICATING THEMSELVES AS CO-CONSPIRATORS COMMITTING TREASON AGAINST THE UNITED STATES OF AMERICA WHICH IS PUNISHABLE BY DEATH IN THE COUNTRY THEY STILL LIVE AND MUST ABIDE BY THE LAWS AND TO THE REPUBLIC FOR WHICH IT STANDS**

**DISTRIBUTION REQUIRED FOR EACH MEMBER OF THE HOUSE OF REPRESENTATIVES AND SENATE WHOSE THREE-QUARTER VOTE FROM EACH BRANCH IS REQUIRED TO "IMPEACH AND PROSECUTE" THE RESPECTIVE SENATOR AND CHIEF JUDGES OF THE UNITED STATES DISTRICT COURTS OF UTAH AND COLORADO RESPECTIVELY WHICH WERE PRESIDENTIAL APPOINTMENTS.**

**JOHN AND JANE DOES TO BE ADDED AS INDIVIDUALS AND/OR ENTITIES WHO ARE EXPOSED WITHIN THIS MATTER AS HAVING ANY TYPE OFASSOCIATION WITH THE NEW WORLD ORDER AND THEIR ASSOCIATED KNOWLEDGE AS TO THE MURDEROUS INTENTIONS THEREOF AND WHO SHOULD BE CONSIDERED AS CRIMINALS OF WAR CRIMES WHOSE DESIGNS SURPASS THE DEEPEST DESIRES OF BROTHER ADOLPH HITLER AND WHOSE SCRIPTURES OF MEIN KAMPH ALSO WERE DEFEATED BY THE HOLY BIBLE THAT THESE SHAMELESS THUGS DEFILE BEHIND THEIR SELF-RIGHTEOUS BUT EVIL SMILES CORRUPTED BY GREED AND POWER**

# "THE GREATEST STORY OF LIES THE DEFENDANTS HOPED WOULD NEVER BE TOLD" SINCE IT DISCLOSES THE PURE TRUTH BEHIND "DEEP STATE" AND THE "NEW WORLD ORDER HOUSES OF BROTHELS AND WHORES"

ANYONE WHO READS THIS MATTER SHOULD UNDERSTAND THAT THIS IS A "RICO ACT OF 1970" FILING AGAINST THE DEFENDANTS CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND THE UNITED STATES DEPARTMENT OF JUSTICE TO WHICH NEITHER ONE HAS EVEN ONE DEFENSE AGAINST THE 50+ FELONIES WHICH WOULD SEE THEM ALL LOCKED UP FOR OVER 1,000 YEARS FOR THEIR INVOLVMENT IN YEARS OF PLANNING TO TAKE CONTROL OF ALL OF THE MAJOR ASSETS SUCH AS THE MISSING OIL PROPETIES HEREIN WHICH WAS TARGET FOR "ASSIMILATION" BY THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS.

THE NEW WORLD ORDER HAS TAKEN CONTROL OF EACH OF THE MAJOR MEDIA COMPANIES (INCLUDING THE POST THAT HAS APPARENTLY 'DIED IN THE DARK') OF THE NATION AND ARE NOW USING THE UNITED STATES DEPARTMENT OF JUSTICE AS PAID ASSASINS TO SHUT THE KINGDOM OF HEAVEN UP WHILE THEY COMPLETE THEIR BEHIND THE SCENES OPERATIONS OF PUTTING BROTHER MITT ROMNEY INTO THE POLITICAL ARENA WHOSE TITLE ALONG WITH DALLIN H OAKS ARE REALLY THE AFOREWARNED CHARACTERS FROM THE BIBLE DOING BUSINESS AS "THE FALSE PROPHET AND ANTI-CHRST" WHO WERE PROPHESIED TO OPERATE IN COLLUSION AS BEING MEMBERS OF BOTH THE RELIGIOUS AND THE POLITICAL SIDE OF OFFICE IN THE LATTER-DAYS.

MY FIRST AMENDMENT RIGHTS TO REDRESS GOVERNMENT ARE LIMITED TO ANY EXPOSURE I CAN GET OFF INTO LORD GOOGLE VIA THE WEBSITE OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH SINCE THE CLERKS IN BOTH DENVER AND WASHINGTON HAVE BEEN ORDERED TO "KEEP THIS MATTER OFF THE RECORD" EVEN IF THE CHIEF JUDGES AND THE COUNTLESS OTHERS WHO ARE FULLY AWARE OF THIS MATTER AND YET ALLOW THIS CANCER TO GROW AND REFUSE TO EVEN ASK THE DEFENDANTS "WHERE IN THE HELL DID YOU PUT THE $200 MILLION OF MAX AND JOYCE ELIASON" ESPECIALLY SINCE THE CLIENT YOU WERE PAID TO PROTECT IS STILL ALIVE WHILE YOU AND HIS SON-IN-LAW ARE REFUSING TO ACCOUNT FOR ONE DIME?

FUBAR ON THIS DISPLAY OF MAFIACRACY AND THUCKERY AT ITS VERY SLEAZIEST MOMENT IN THE WALLS OF SHAME OF HISTORY WHOSE EYES ARE WATCHING AS THIS LEGION OF EVIL "DEFINED" IS SPITTING UPON THE MILLIONS OF LIVES THIS COUNTRY AND ITS CITIZENS HAVE SACRIFICED IN BATTLES FOUGHT FOR FREEDOM AND WHO ARE ALSO "SHITTING" ON THE LIVES OF OUR FOUNDING FATHERS AFTER PLEDGING THEIR ALLEGIANCE TO THE SUPPORTING COMMUNISTIC SATANIC CULTS DOING BUSINESS AS THE NEW WORLD ORDER AND LED BY THE NEW WORLD WHORES OF THE ILLUMINATI.  I AM BEING ASSAULTED RELENTLESSLY BY THE DEFENDANTS WHO HAVE SOUGHT TO END MY LIFE SINCE THE DAY MY MOTHER DIED ON MAY 21ST, 2018 AND AT WHICH TIME EVERY SINGLE CIVIL RIGHT GURANTEED BY THE US CONSTITUTION AND BILL OF RIGHTS HAS BEEN RIPPED FROM MY LIFE WITHOUT MY CONSENT AND WHICH WILL STAND AS A PILLAR OF WHAT AWAITS ALL THOSE WHO FALL INTO LINE UNDER THIS CIRCUS OF CORRUPTION WHICH CONTINUES TO GROW.

RES IPSA LOQUITUR "ME" BITCHES OF THE FIRST PRESIDENCY AND THE QUORUM OF THE TWELVE APOSTLES OF THE DEFILED CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND ITS BETRAYED INNOCENT FAITHFUL MEMBERS YOU WERE CALLED TO SERVE AS OPPOSED TO "SERVE YOURSELF TO THEIR TITHES AND OFFERINGS" (CAN ANYONE QUOTE MALACHI CONCERNING "WOULD A MAN ROB GOD" AND ITS IMPLIED MEANING HEREIN…ANYONE, ANYONE..)

YOU ARE NOTHING BUT A LEGION OF DISHONORABLE "THUCKS" PRETENDING TO BE RELIGIOUS AND POLITICAL LEADERS OF THE UNITED STATES AND WHOSE ACTIONS HEREIN DISPLAY THE UNDENIABLE BELIEF THAT THIS GROUP OF HYPOCRITICAL SATANIC SLUTS FEEL ENTITLED TO RULE AS IF BOTH GOD AND COUNTRY APPROVED OF THEIR SELF-APPOINTED RIGHTS AND SELF-DECLARED RIGHTEOUSNESS EVEN IF THEY HAVE NO VOTES FROM THE DEMOCRATIC REPUBLIC WHICH STILL STANDS ALBEIT BY THE THREAD OF THE EXECUTIVE BRANCH WHICH THEY STILL HAVE NOT CONTROLLED DUE TO THE PRESENCE OF THE COMMANDER IN CHIEF SPOKEN OF WITHIN THE CONTEXT OF THE "TRUMP PROPHESY" WHO WAS VOTED INTO OFFICE "BY THE PEOPLE, FOR THE PEOPLE, AND OF THE PEOPLE".

BEHOLD THE NEW WORLD ORDER FADDER FOR THE FIRES OF HELL TO CONSUME LEAVING SOME STUBBLE WHERE ONCE THERE LIVED A MIGHTY ILLUMINATI BLOOD LINE WHETHER IT BE ROCKEFELLAR OR ROMNEY FOR REPLACING GOD WITH FRAUD AND A PROPHET DEEMED WORTHY BY THE AMOUNT OF HIS PROFIT HE STEALS EVEN IF IT IS NOT "RIGHT" AS PER THE "CTR" RING THE CHILDREN SPORT; FOR IN THIS TWISTED SISTER WORLD FROM HELL; AS LONG AS THE BRIBE IS HIGH ENOUGH FOR PRESIDENT "WRIGHT" OF KMC LAW; THEN THE "GOD FRAUDER" HIMSELF SIR DALLIN THE "BOSS OF THIS SATANIC MAFIA FAMILY" AND ACCEPTS ANY CRACK HOE JOB INCLUDING MURDER OR SATANIC PEDOPHILLIA RELATED SACRIFICE SINCE HE HOLD HIMSELF OUT TO BE ABOVE "GOD THE FATHER" AND EVERYONE ON THIS PLANET HE FEELS SHOULD BOW ON ONE KNEE TO HIM.

I HEREBY REGRET TO INFORM THE "WOULD BE LEADERS" OF THIS NEW WORLD ORDER THAT UNFORTUNATELY FOR THEM; THEY STILL ARE CITIZENS OF ONE NATION UNDER GOD AND THEY ARE THEREFORE BEING EXPOSED AS VIOLATING BOTH THE LAWS OF THE GOD THEY SERVE AND THE REPUBLIC THEY SWORE WITH A HAND ON THE HOLY BIBLE TO PROTECT AND EVERYTHING FOR WHICH IT STANDS INCLUDING LIBERTY AND JUSTICE FOR ALL.

MY DEAR HYPOCRITICAL LORDS AND TYRANTS PRETENDING TO BE THE FIRST PRESIDENCY AND THE QUORUM OF TWELVE APOSTLES; YOU ARE HELD TO THE LAWS OF GOD WHICH ARE THE SAME YESTERDAY, TODAY, AND FOREVER AND THAT YOUR TITLES OF PROPHETS, SEERS, REVELATORS, OR PEDOPHILE MAN USING HIS POST OF "STAKE PRESIDENT SLUT" OR "BUTT BOY BISHOP" IS NOT IMMUNE TO THE LAWS OF THE LAND YOU WERE TO UPHOLD AND ABIDE BY THE LAWS THEREIN AND THAT 50 FELONY COUNTS ARE PUNISHABLE BY 1,000 YEARS IN PRISON AND NOT JUST A SLAP ON YOUR HAND WITH A YEAR OF PROBATION FOR COMMITTING NOTHING WORSE THAN A "SIN" (WHICH IS HAILED AS A MONUMENTAL VICTORY AT NIGHT WITHIN THE CELESTIAL KINGDOM ROOM SACRIFICIAL ORDINANCES).

IT IS TOO LATE FOR YOUR LEVEL OF SINISTER SHIT GONE SATANIC FOR YOU TO "CHOOSE YOU THIS DAY WHOM YE SHALL SERVE" FOR IT IS REVEALED ON PAGE ONE OF THIS COMPLAINT THAT YOU DO NOT SERVE "ME" NOR ANYONE OF THE "LEAST OF THESE MY BRETHERN" FOR IF YOU DID; YOU WOULD ALSO BE SERVING "ME"; BUT INSTEAD OF SHOWING ONE SINGLE ACT OF "GOOD FAITH"; YE HAVE CHOSEN TO EXTERMINATE THE "LEAST OF THESE" WHO ARE NOW ENTITLED TO INHERIT THE KINGDOM OF GOD WHICH IS AT HAND ALONG WITH THE EARTH AND THE MOST HOLY OF ALL GIFTS PROMISED BY OUR LORD AND SAVIOR JESUS CHRIST; THE RIGHT TO SEE GOD WHILE THOSE UNWORTHY PRICKS SHALL FRY IN THEIR SLEAZE FOR BEING DISCOVERED TO HAVE THE "MARK OF THE BEAST" OR SOME UNHOLY VACCINATION SCAR PROVING THEY KNEW JUST WHAT "COVID – 19" WAS INTENDED TO DO TO THE INNOCENT VICTIMS WHO WERE CONSIDERED NOT TO BE INCLUDED IN THE "WORLD ELITE" NOR WERE CHOSEN BY THE GOD FRAUDER HIMSELF TO BE ENTITLED TO BENEFIT FROM THE TECHNOLOGICAL AND MEDICAL ADVANCEMENTS THESE BAD ASS LITTLE SLUTS FROM HELL TOOK CONTROL OF THROUGH THEIR SATANIC ACCEPTANCE OF LUCIFERIANISM AND THE ASSOCIATED "SELLING THEIR SOULS" TO SATAN WHO IS DESCRIBED AS BEING THE DEFINITION OF "LIAR" EVER KNOWN BY MANKIND.

THAT AS FOR "ME" AND MY HOUSES OF RIGHTEOUS HUMAN BEINGS THAT ARE FOUND ON THE RIGHT SIDE OF GOD; HAVE DONE SO ACCORDING TO THE RIGHTEUSNESS FOUND WITHIN THEIR HEARTS AND NOT BECAUSE THEY WERE CAUGHT WITH THEIR GARMENTS DOWN AROUND THEIR KNEES AND THEIR "BUSINESS" EXPOSED FOR THE RIGHTEOUS TO LAUGH UNCONTROLLABLY AT FOR THE NEXT 1,000 YEARS.

SHOULD YOU DECIDE TO PRAY ABOUT AND RE-DISCOVER FROM YOUR PRISON CELLS OF "JESUS CHRIST HIMSELF" FOLLOWED BY INDISCRIBABLE HELL FOR BEING A PHUKCKING DIVISION OF HELL'S ANGELS SPORTING TEMPLE RECOMMENDS AND GARMENT REEKING OF CORRUPTION AND SOULS STAINED WITH THE BLOOD OF EVERY RIGHTEOUS HUMAN BEING YOU DECIEVED INTO BELIEVING THAT YOU WERE ABOUT "THE LORD'S BUSINESS" WHEN IN FACT YOU WERE IN THE CLOSET COMMITTING INCESTUAL "MOKEY ASS BUSINESS" YOU NOW SPORT IN SHAME.

AND THERE IS NOBODY WITHIN THEIR SATANIC UNDERWORLD WITH ENOUGH POWER TO CHANGE THE FACT THAT THE DEFENDANTS NOW SIT IN CHECKMATE WITH "HISTORY'S EYES ON THEM" AND THAT NO MATTER WHAT HAPPENS HEREAFTER VIA "COVID 19" OR UNITED NATIONS PRODUCED "UFO HOLLOGRAMS" AND THE FEAR MEANT TO INCITE WITHIN HUMANTIY TO FORCE THE "CHILDREN OF GOD" INTO CONCENTRATION CAMPS OF TERROR ONCE AND FOR ALL…

ANYONE FOUND SPORTING "THE MARK OF THE BEAST" VIA VACCINATION OR MICROCHIP UTILIZED FOR RECOGNITION OF BELONGING TO THE SATANIC UNDERWORLD CULTS SHALL SPEAK HEREAFTER AS "RES IPSA LOQUITUR" AND HOLDING THE PROUD OWNER OF A TICKET TO 1,000 YEARS IN JAIL AND/OR DEATH AS PROVIDED BY THE US CONSTITUTION CONCERNING CAPTIAL TREASON AND CAPTIAL MURDER UNDER THE LAWS OF AMERICA

## AGENDA FOR THE FIRST JUDGEMENT "BAR EXAM" REVIEW SEMINAR FOR LAWYERS AND TYRANTS AND PROPHETS (OH MY…) FROM HELL:

### *OPENING COMMENTS FROM "JESUS CHRIST HIMSELF"*

I. "HE THAT LIVES BY THE SWORD; SHALL DIE BY THE SWORD"
II. "CHOOSE YE THIS DAY WHOM YE SHALL SERVE; AS FOR ME AND MY HOUSE…"
III. "YOU CANNOT SERVE TWO MASTERS; YOU EITHER SERVE GOD OR MAMMON"
IV. "WHOA UNTO THOSE THAT CALL GOOD BAD AND BAD GOOD…"
V. "THOSE THAT WOULD BE FIRST SHALL BE LAST…AND THOSE THAT WOULD BE LAST SHALL BE FIRST"
VI. "WOULD A MAN ROB GOD? …AND YE SHALL SAY HOW HAVE WE ROBBED THEE?  BY TITHES AND OFFERINGS…"
VII. "LET NO MAN DECIEVE YOU; THE GREAT APOSTACY SHALL NOT ARRIVE UNTIL AFTER THE EXPOSURE OF THE MAN OF LAWLESSNESS; THE SON OF DESTRUCTION"
VIII. "BLESSED ARE THE MEEK AND PURE IN HEART FOR THEY SHALL SEE GOD AND INHERIT THE EARTH"
IX. "DO NOT SEEK TO STORE UP RICHES ON EARTH; SEEK YE FIRST THE KINGDOM OF GOD AND ALL OF THE RICHES OF HEAVEN SHALL BE BESTOYED UPON THEE…"
X. "AND IN THOSE DAYS SHALL MEN SEEK DEATH, AND SHALL NOT FIND IT; AND SHALL DESIRE TO DIE, AND DEATH SHALL FLEE FROM THEM"

IT'S ALL FUN AND GAMES UNTIL…

A. ONE OF YOUR VICTIMS SURVIVES THE PRE-MEDIATED ESTATE PLANNING MURDER YOU COMMITTED AGAINST HIS FAMILY AND NOW HOLDS YOU IN A CHECKMATE WHICH YOU CAN NEVER WIN LEGALLY SO YOU ARE FORCED TO JUST NOT ANSWER WHILE PRAYING TO A GOD YOU HAVE BETRAYED THAT THE COVID-19 VIRUS KILLS OFF YOUR VICTIMS SO YOU NEVER HAVE TO ANSWER ONE YES OR NO QUESTION.

B. YOU WERE ONCE AN HONORABLE CHIEF JUDGE OF THE UNITED STATES COURT UNTIL YOU REALIZE THAT YOU ARE UNABLE TO OPEN THE INVESTIGATION WITH THE ASSOICATED RICO ACT OF 1970 FILING MADE HEREIN AND WHICH YOU WERE REQUIRED TO DO BY LAW SINCE THIS WILL EXPOSE YOU AS A FELON WORTHY OF 1,000 YEARS OF JAIL TIME AND YOU WOULD JOIN THE LEADERS OF THE LDS CHURCH THEREWITH WHO YOU ARE NIOW COMMITTING CAPITAL TREASON PUNISHIABLE BY DEATH FOR BETRAYING THE CONSTITUTION AND EVERY CIVIL RIGHT YOU SWORE TO UPHOLD AND PROTECT WHILE PROMOTING THE UNDERMINING OF THE UNITED STATES YOU ALSO BETRAY 'LIKE A BOSS".

C. DURING THE LITIGATION AGAINST YOUR OWN FALSE PROPHET AND ANTI-CHRIST DALLIN H OAKS AND MITT THE SHITT ROMNEY; IT IS REVEALED VIA THE MEMOIRS OF JOSEPH SPENCER THAT YOU BELONG TO THE GROUP OF SLUTS THAT INTENTIONALLY LAUNCHED COVID-19 AND THE ENTIRE GROUP OF MEMBERS ARE CONSIDERED GUILTY OF CAPITAL TREASON AND MURDER PUNISHABLE BY DEATH AND THE PLAINTIFF/VICTIM AN AGGRESSIVELY MOTIVATED PROPONENT OF DOING UNTO OTHERS WHAT THEY HAVE DONE UNTO THE WORLD…OUCH!

THE DEFENDANTS HEREIN ARE KNOWINGLY OPERATING UNDER THE ASSUMPTION THAT THEY ANSWER TO THEIR "NEW WORLD ORDER" LEADERSHIP COMMITTEE WHICH INCLUDES THE MAN WHORE AND SON OF PERDITION HIMSELF DALLIN H OAKS AND SLUTT MAN "MITT THE SHITT" ROMNEY WHO ARE RULING A SATANIC SWORM OF ILLUMINATED AND DECIEVED SOULS WHO THEY HAVE MADE BELIEVE THERE IS NO GOD, AND THEY CAN DO AS THEY PLEASE UNDER THEIR REGIME AS LONG AS IT FEELS GOOD TO THEM AND BENEFITS THE WELL BEING OF THE MANY?

WHILE IT IS OBVIOUSLY THE DESIGN OF SAID WHORES AND BROTHELS TO BRING ABOUT A NEW WORLD ORDER WHICH WHALL ERASE THE GOD GIVEN RIGHTS OF HUMANITY TO LIVE FREE FROM THE TYRANNY AND OPPRESSION THAT HAS PLAGUED THE WORLD SINCE THE BEGINNING OF DAYS; THE GROUP OF BLACK WHOLE SLUDGE SOULS WITHIN THIS DEMONSTRATION OF JUST WHAT DEFINES EVIL FORGOT TO NOT "JUMP THE GUN" AND PRETEND THAT THEIR CLIENT "ME" IS DEAD NOR EVER EXISTED JUST AS THE CRIMINAL CONSPIRACY BEHIND THE UNDERMINING OF THE UNITED STATES OF AMERICA AND THE ASSOCIATED NATION FORMED AS AN INDIVISIBLE REPUBLIC UNDER GOD NOW INSISTS THAT GOD IS ALSO DEAD NOR EVER EXISTED...

DALLIN H OAKS SPEWS HATRED FROM THE PULPIT OF THE CHURCH HE DEFILES AND DEMANDS EACH AND EVERYONE WHO HAS MADE COVENANTS TO A GOD HE HAS CREATED WITHIN HIS SATANIC "CELESTIAL KINGDOM OF LIES" HE HAS USED TO DECIEVE TRUE AND FAITHFUL FOLLOWERS OF JESUS CHRIST TO FOLLOW BUT ARE NOTHING MORE THAN SATANIC RITUALS REQUIRING THE INDIVIDUALS TO KNOW WORDS AND SECRET HANDSHAKES IF THEY WERE TO ENTER THE KINGDOM OF GOD?  WTF? WHAT GOD WOULD HOLD ANYONE ACCOUNTABLE FOR SUCH KNOWLEDGE WHEN ALL THAT WAS SPOKEN OF BY HIS SON AND SAVIOUR OF THE WORLD STATED TO DO WAS FOUND WITHIN THE SERMON ON THE MOUNT WHICH THE SATANIC SLUTS HAVE TURNED INTO A COMPLICATED FORMULA WHICH ONLY THE ILLUMINATED ONES HAVE DISCOERED...I CALL FUBAR BITCHES.

SILLY DEFENDANTS...SATANIC CULTS ARE LIARS AND SLEAZE ARTISTS AND EVEN THE LUCIFERIAN AND REPTILLIAN GOD THEY FOLLOW KNOWS EXACTLY HOW THIS STORY ENDS AND ANY PROMISES THAT THE END OF THE WORLD WOULD BE SOMETHING OTHER THAN FORETOLD IN THE "BIBLE ALMANAC"; IS LIKE PROMISING THAT THIS TIME YOU WATCH THE MOVIE "THE TITNANIC"; IT MISSES THE ICEBEERG AND KATE WINSLET AND LEONARDO DICAPRIO LIVE HAPPILY EVER AFTER AND THE INDIVIDUAL FOLLOWERS WERE DECEIVED INTO BELIEVING THE "TRUE LIES WHICH COVER THE PURE TRUTH".

THE TRUTH ON THE TABLE HEREIN IS THAT THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS IS THE MOST CORRUPT AND EVIL ENTITY ON THE FACE OF PLANET EARTH AND THE TRUSTEE IS NONE OTHER THAN DALLIN H OAKS WHOSE QUALIFICATIONS HE HAS ON HIS RESUME PERMIT HIM TO BE A "SHOE IN" FOR THE TITLE OF FALSE PROPHET AND SON OF PERDITION.

AS SOON AS THE TRUTH OF THIS MATTER FINDS A UNITED STATES DISTRICT COURT AND A UNITED STATES ATTORNEY GENERAL WHO IS NOT ON DEATH ROW FOR TREASON AND CAPITAL MURDER FOR HIS ASSOCIATED INVOLVMENT HEREIN; THE ENTIRE NET WORTH OF SAID WICKED ASS ORGANIZATION WHO SPORTS THEIR VERY OWN QUORUM OF THE MAJESTIC TWELVE APOSTLES FROM HELL AND ITS SATANIC SOLDIERS DOING BUSINESS AS LAWYERS OF JESUS CHRIST HIMSELF FROM WITHIN THE BROTHEL DOING BUSINESS AS THE TEMPLE OF KIRTON MCCONKIE ARE ALL BANKRUPT AND EVERY MEMBER THEREIN LOCKED AWAY FOR 1,000 YEARS FOR THE 50 FELONIES X 20 YEARS EACH.

Dear President Trump,

I implore you to review this matter immediately and take whatever steps are necessary to expose and prosecute the extensive web of corruption within the United States Department of Justice which WILL lead to the undermining of the Untied States Constitution if it continues to go unchecked by the Executive and Legislative Branches of Government via its powers of "Checks and Balances".

The matter being prepared for presentation to the United States Supreme Court will require additional days of preparation so as to explain the involvement of each one of the Defendants in detail but suffice it to say that I swear under oath and under the laws of perjury of the United States that I do not need to exaggerate or lie about one fact within this matter and I have over 3,000 pages of supporting documents to substantiate every allegation herein.

This matter began with the embezzlement of my parents estates valued at over $200 Million which has been revealed to be done under the designs of former United States Supreme Court Nominee Dallin H Oaks who also worked under the Bush Administration and who later became a member of the Utah Supreme Court before being "called to serve" as an Apostle of the Church of Jesus Christ of Latter Day Saints.

He is the current Trustee of the Corporation of the President of the Church of Jesus Christ of Latter Day Saints who is the next "Prophet to Be" of the LDS Church and whose actions herein will be shown to be nothing short of Treason and that he has recruited an extensive web of members of every level of government which now includes the Chief Judges Robert J Shelby and Phillip A Brimmer of the United States District Courts for the Districts of Utah and Colorado Respectively with both of these Judges and Magistrate Judges Dustin B Pead of Utah and S Kato Crews desperately trying to conceal this matter as you will discover upon review.

I would "strongly" encourage you to apprehend Dallin H Oaks who is also the President of the Quorum of the Twelve Apostles of the Church of Jesus Christ of Latter-Day Saints who is the High Managerial Agent presiding over the Law Offices of Kirton McConkie PC which has been dubbed "The Lawyers of Jesus Christ of Latter-Day Saints" and whose primary line of business apparently consists of "Estate Planning Murder" on the unsuspecting victims they were paid to protect such as my parents did on June 20th, 2013.

The reason I recommend you begin with this "Unholy False Prophet" is not just because he is concealing over 50 Felony Crimes associated with the embezzlement of the estates discussed within the matter; he is concealing his "hidden agenda" of utilizing the hundreds of billions of missing tithes and offerings which he has been using in conjunction with his own Law Office of Kirkland Ellis in Chicago wherein many well-known names associated with "The Illuminati" and Senator Mitt Romney are tied together and where the extensive net worth of the LDS Church is ironically being devoted for usage within the context of "Satanic Cults and Secret Societies" which have plagued the world since the beginning of time.

The Defendants herein do not have any possible explanation for any one of the countless crimes uncovered within this landmark battle all of which fall under the jurisdiction of the United States Supreme Court and should be prosecuted immediately by the United States Attorney General William Barr provided he can be cleared of being one who may be on the extensive list of "Bribed with Tithes" since it shall be proven herein that members of his own office are attempting to conceal this matter as well;  and who have tried to "silence it" from the Office of Victims' Rights as shall be shown from a letter from the Ombudsman of The United States.

I ASSURE YOU THAT THE "LITTLE RED EYE" AT THE TOP OF THE ILLUMINATE PYRAMID IS THE DEFENDANT CORPORATION OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS ("COP") WHOSE FREE CASH FLOW IS OVER $1 BILLION PER MONTH OF WHICH ONLY AN ANNUAL AMOUNT IS BEING RETURNED TO SOCIETY OF APPROXIMATELY $50 MILLION OR LESS THAN 1%.

You have every justification for aggressively prosecuting the "COP" under the felony Racketeering and Organized Crime provisions of the United States Constitution and this will be the key to exposing what you know as "Deep State" and "New World Order" which is nothing more than a group of "World Elite" who are committing any crime necessary provided their actions are promoting the agenda of the Traitors who would rob the world of the Freedoms which "We The People" hold to be sacred and provided by God; while these "underground self-righteous thugs" are apparently "Pledging Allegiance" to the communistic regime for which they stand and under some sinister deity Fraud who has nothing in common with God or Christianity.

**PLEASE HAVE YOUR LEGAL TEAM ACQUIRE ALL FILINGS AND RESPONSES ASSOCIATED WITHIN THE MATTERS LISTED ON THE SECOND PAGE UNDER THE UTAH AND COLORADO COURTS AND THE ASSOCIATED HUNDREDS OF PAGES OF EVIDENCE WHICH WAS FILED WITH THE STATE OF UTAH THIRD DISTRICT COURT UNDER JUDGE ADAM MOW (DEFENDANT).**

**EACH OF THESE FILINGS WERE DONE UNDER URGENT CIRCUMSTANCES AND EACH WAS DONE WITH THE BELIEF THAT THIS MATTER WAS ONLY ABOUT THE MISSING ESTATES OF MY PARENTS MAX AND JOYCE ELIASON WHICH HAS SINCE EXPANDED TO THE CONSIDERABLE LIST OF CO-CONSPIRATORS WITHIN BOTH CHURCH AND STATE WHICH APPARENTLY HAS NO DELINIATION WITHIN THE "CHURCH STATE OF UTAH" AND NOW SHOWS SIGNS OF THIS SAME PROBLEM EXISTING WITHIN COLORADO.**

**WHILE THE RICO VIOLATIONS AND THE ASSOCIATED EMBEZZLEMENT OF THE $200 MILLION IN OIL PROPERTIES ETC ARE STILL CRITICAL ISSUES;**

**IT IS FAR MORE IMPORTANT THAT YOU GO AFTER THE "HEAD OF THE SERPENT" OF THIS ORGANIZATION SINCE ITS AGENDA IS A TWO CLASS SYSTEM OF HUMANITY WHICH IS TO BE UNDERTAKEN IN CONJUNCTION WITH MASS EXTINCTIONS OF HUMANITY AND THE DESTRUCTION OF THE WORLD ECONOMY SUCH IS BEING IRONICALLY DONE ON A WORLD WIDE BASIS UNDER THE CURRENT PANDEMIC KNOWN AS COVID-19.**

**UT CASE No. 1:20-CV-00024-RJS-DBP**
**Chief Judge:  ROBERT J SHELBY**
**Magistrate Judge: DUSTIN B PEAD**

**CO CASE No. 1:20-CV-00959-PAB-SKC**
**Chief Judge: PHILLIP A BRIMMER**
**Magistrate Judge: S KATO CREWS**

SHOULD YOU HAVE ANY DOUBTS CONCERNING THE UNDERLYING ALLEGATIONS WHICH ARE NOTHING SHORT OF THE CONTINUANCE OF THE AMERICAN REVOLUTION; PLEASE FEEL FREE TO HOLD A "CONFERENCE CALL" WITH CHIEF JUDGES ROBERT SHELBY AND PHILLIP A BRIMMER AND INCLUDE JUDGE JILL H PARRISH WHO RECUSED HERSELF FROM THIS MATTER SO AS TO NOT BE THE "BLACK PLAGUE" THAT TAKES DOWN HER OWN RELIGIOUS LEADERS DESPITE HER COMPLETE KNOWLEDGE OF THE ASSOCIATED FACTS AND GUILT HEREIN.

THE FOLLOWING PAGES ARE BEING INCLUDED AS SUPLEMENTAL INFORMATION WHICH IS BEING COMPILED FOR THE FORMAL PRESENTATION TO BE SUBMITTED TO THE UNITED STATES SUPREME COURT AND ITS ASSOCIATED JURISDICTION OVER MATTERS INVOLVING THE UNITED STATES GOVERNMENT AND CRIMINAL ALLEGATIONS AGAINST HIGH RANKING MEMBERS OF THE DEPARTMENT OF JUSTICE.

## FACTS OF THE CASE

The evidence herein will expose the most corrupt web of "Mafia Style" criminals in modern history and expose the reality of "Deep State" and "New World Order" as nothing more than a modern name for "Racketeering and Organized Crime" using the guise of Religious and Political Leaders who have infiltrated every government organization.

These allegations now include both Chief Judge Robert S Shelby and Chief Judge Phillip A Brimmer of the United States District Courts for the Districts of Utah and Colorado respectively who both have this matter in front of them and refuse to even render a decision or take one action on behalf of the Victims of the most heinous violations in history considered as crimes committed under the RICO Act of 1970 (See UTAH CASE No. 1:20-CV-00024-RJS-DBP Chief Judge Robert J Shelby and Magistrate Dustin B Pead) and (COLORADO CASE No. 1:20-CV-00959-PAB-SKC Chief Judge Phillip A Brimmer and Magistrate Judge: S KATO CREWS)

The extensive list of State, Political, and Religious Leaders included herein are knowingly concealing the complete embezzlement of the Estates of Max and Joyce Eliason and are protecting the "Head of the Serpent" President Dallin H Oaks of the Corporation of The President of The Church of Jesus Christ of Latter-Day Saints under the knowledge of each of the Corporate Officer and Leaders of the LDS Church who utilized it acting Agent Kirton McConkie Law Offices to deceive their Victims and rob the Eliason family of over $200 Million in assets which includes extensive family holdings of oil and gas properties within the Uintah Basin and in states of Utah, Wyoming, Colorado and Texas.

The Plaintiff filed a related complaint in March of 2019 when he realized that the Law Firm of "Jesus Christ Himself" admitted to illegally representing his sister and brother-in-law; but whose Board of Directors and former United States Supreme Court Nominee Dallin H Oaks said to "Quit Bothering the Board of Directors".

## BASIS FOR JURISDICTION

Jurisdiction under the United States Supreme Court is considered correct for the Original Complaint due to Article III, Section 2 of the Constitution:

**ARTICLE III, SECTION 2; OF THE UNITED STATES CONSTITUTION**

Section 2 delineates federal judicial power, and brings that power into execution by conferring original jurisdiction and also appellate jurisdiction upon the Supreme Court.  The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority and to all Cases affecting other public Ministers and wherein there are **Controversies to which the United States shall be a Party.  In all Cases affecting public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction.**

The matter herein is a filing made under The RICO Act of 1970 and is being made against an extensive list of Public Ministers including various Chief and Magistrate Judges within the United States Department of Justice and the State of Utah and many members of the Judicial Branch therewith.  It also implicates the participation of former Utah Supreme Court Judge Dallin H Oaks as Trustee for the Corporation of the President of the Church of Jesus Christ of Latter-Day Saints and the United States Senator Mitt Romney for the State of Utah.

ASSOCIATED COMPLAINTS BEING ADJOINED TO THIS ORIGINAL FILING UNDER THE JURISDICTION OF THE UNITED STATES SUPREME COURT

UT CASE No. 1:20-CV-00024-RJS-DBP (NO DECISION RENDERED)
Chief Judge:  ROBERT J SHELBY; Magistrate Judge: DUSTIN B PEAD

CO CASE No. 1:20-CV-00959-PAB-SKC (NO DECISION RENDERED)
Chief Judge: PHILLIP A BRIMMER; Magistrate Judge: S KATO CREWS

# THE AMOUNT IN CONTROVERSY

## 18 U.S. Code § 1964 Civil remedies under RICO Act Violations

Any person injured in his business or property by reason of a violation of section 1962 of this chapter may sue therefor in any appropriate United States district court and shall recover threefold the damages he sustains and the cost of the suit, including a reasonable attorney's fees.

The amount in controversy initially began with the complete embezzlement of The Estates of Max and Joyce Eliason with an estimated value exceeding $200,000,000 (Two Hundred Million); however as described within the damages herein; this matter has since evolved into the exposure of an extensive web of corruption which is being implicated herein with an extensive list of high ranking members of both "Church and State" and doing so under the rules of Apparent Authority, Respondeat Superior, Vicarious Liability, Corporate Officer Liability, and damages incurred on a Joint and Several Basis including countless members of the offenses herein which qualify under the Laws of Racketeering and Organized Crime.

The amount of damages herein will prove to be the largest amount in history due to the nature of the Mafia Style Corruption which has permeated every branch of Church and State and the associated intentional Aggravated Conspiracy to Commit Abuse and Exploitation of Vulnerable Adults and Children with over 50 related Felony Crimes which are classified under Corruption and Racketeering and include the most horrific display of Abuse of Power of Office heretofore witnessed by mankind.  The amount of damages will depend on the number of Co-Conspirators exposed to be included herein; however, it should be noted that under the laws explained above, every participant herein will be assessed the Treble Damages with the Corporation of The Church of Jesus Christ of Latter-Day Saints and The United States of America bound by the laws of Respondeat Superior.

19

In order to put this amount of damages into perspective for the reader of this matter; based solely on the amount of $200,000,000 (two hundred million) that has been embezzled from the estates of Max and Joyce Eliason; each participant herein will be assessed a minimum penalty of $600,000,000 before any other penalties associated with the seven years of intentional infliction of emotional and financial abuse on the victims who paid the Defendants to Protect both them and represent their beneficiaries Impartially.

Every amount thereafter which is not paid by the individual Defendant will result in the personal financial demise of every person who has conspired herein in conjunction with anticipated life time prison sentences (50 Felonies committed under RICO at 20 years each result in the Defendants receiving a prison term of 1,000 years or a "millennium" in Biblical Terms which is to be awarded to "Team Evil". Thus, under the provisions of Civil Damages of RICO Violations awarded on a Treble Basis and assuming all other provisions described herein, the amount owed to the victims herein by the Defendants and "guaranteed payments" by the Corporation of The President of the Church of Jesus Christ of Latter Day Saints and the United States Department of Justice would follow the general formula shown as follows:

| TOTAL NUMBER CONSPIRATORS | DAMAGES FOR ESTATES ONLY | TOTAL TREBLE (DAMAGES X 3) | RESPONDEAT SUPERIOR LIAB. |
|---|---|---|---|
| 100 | $ 200 MILLION | $ 600 MILLION | $ 60 BILLION |
| 250 | $ 200 MILLION | $ 600 MILLION | $ 150 BILLION |
| 500 | $ 200 MILLION | $ 600 MILLION | $ 300 BILLION |

It should be noted that including the Equity Partners of Kirkland Ellis and the growing list of officials from Government; the number is approaching 750 or $450 Billion which does not include any emotional damages or charges for the countless number of horrific deeds such as prohibiting a son from seeing his own father.

The initial facts of this matter began on June 20th, 2013 when Kirton McConkie Law Offices used Fraudulent Misrepresentation in collusion with the Eliason's son-in-law and CPA/Estate Planner (Bryan Stephens) to deceive Max and Joyce Eliason into believing their Estates were being entrusted to the same LDS Church Leaders that had accepted countless millions of dollars in tithes and offerings since the couple was married in 1959.

Upon the death of Joyce S Eliason on May 21st, 2018; Kirton McConkie illegally named the wife of Bryan Stephens and plaintiff's own sister to the role of "Sole Trustee" which empowered the Defendants to embezzle all of the assets contained within the Estates of Max and Joyce Eliason which included over $100 Million in Oil Properties throughout Utah, Colorado, Texas, and Wyoming in addition to approximately 8,000 acres of property which was the Stillman Family ranch (Joyce Stillman Eliason) which has also been illegally removed from the Estates.

Kirton McConkie and the LDS Church Leaders are knowingly concealing this horrific assault on an innocent family whose Pioneer ancestors settled the Salt Lake Valley and they continue to do so fearlessly under the apparent reasoning that "they own the Utah and United States Court for the District of Utah along with John Huber as the US District Attorney whose office refused to accept this matter nor do the Defendants Shelby and Pead have any intentions of making one gesture to protect the Civil Rights of the Victims and recently Judges Shelby and Pead approved a requested extension of time for the "Abusers Kirton McConkie" with the implications that this would be dismissed on technicalities.

Upon the receipt of this Complaint within the United States Court for The District of Utah; was the initial appointment of US District Court Judge Jill H Parrish who familiarized herself with the matter and obviously understood the deep rooted "Scandal" that would bring down her own LDS Church with no possible way that the Defendants have any words to prove their innocence as this matter is considered

21

to be "THE DEFINITION OF RES IPSA LOQUITUR"; wherein Kirton McConkie cannot explain on Page one of the complaint as to how it is possible for both of the Estates to be completely "Empty" and them representing Lisa Eliason Stephens as the "Sole Trustee" of the Joyce S Eliason Trust dated October 28th, 2015 while her father and the real client of Kirton McConkie still being alive as the "Settlor and Co-Trustee". The Defendants sit in Check-Mate with no questions needed to be ask just by the way the pieces lie on the Chess Board with Max D Eliason showing as Plaintiff and Settlor and Co-Trustee and to whom the Law Offices of Kirton McConkie and the associated Principal of this LDS Church Agent owes Max and Joyce Eliason and their beneficiaries a Fiduciary Duty of Loyalty, Care, Impartiality, Full Disclosure, and the duties to expose any and all "Conflicts of Interest;" none of which rules and laws have been adhered to in seven years.

The US District Court Honorable Judge Jill H Parrish correctly filed a Motion of "Recusal" thereby removing herself from the matter; which is exactly what Chief Judge Robert J Shelby and Magistrate Judge Dustin B Pead should have done rather than accepting the responsibility and thereby claiming they would treat the matter with Impartiality and not become the "paid assassins" which Plaintiff/Victim has already experienced by two separate law firms he has engaged one of which has a Partner named Park Romney who is the cousin to Mitt Romney who is being included in this matter of "hypocrisy defined" as "Brother Mitt" voted to Impeach the President of the United States Donald Trump the very same week that Mitt was clearly influential in "sabotaging" this matter to cover up the Charges of Abuse of Power by The President to Be of the LDS Church and the approximate 50 Felony Charges which the Plaintiff has compiled in the allegations listed under matter #1:20-cv-00024-RJS-DBP. Mitt Romney is allegedly benefitting Politically by stolen Tithes and Offerings of the LDS Church through the misappropriation of "BILLIONS" of dollars which are allegedly going as a pass-through money from Kirton McConkie PC to its sub contracted affiliate KIRKLAND ELLIS of Chicago which curiously IS the most profitable law firm in the world on a per attorney basis.

22

## LEGAL QUESTIONS INVOLVING THE CASE

The question surrounding this matter is not "If" the Defendants are guilty (which can be easily proven via the provisions of "Res Ipsa Loquitur"); the question is whether or not there is anyone within the United States Judicial Branch, Legislative Branch, and President Donald Trump who is President of the Executive Branch of the United States will stand and uphold the Constitution and the associated Civil Rights which is unquestionably "hanging by a thread".

The victims herein have been deprived of their First Amendment Right to "Petition the Government for a Redress of Grievances" which states that citizens are afforded the right to seek Judicial Intervention without the fear of retribution or retaliation (Plaintiff's home was broken into on December 22nd, 2019 by a business partner who tried to kill him following the plea to Judge Adam Mow for an Ex-Parte Hearing which he still has not been entitled to have).

Plaintiff filed a complaint as per the Victims' Rights Act (Complaint No. 20-012) to the United States Department of Justice Office and the Executive Office for The United States Attorneys as was indicated to do in the event that a member of the Judicial System did not follow procedure concerning the rights provided by the Constitution as defined by the General Assembly 40/34 and the steps the Justice System should take in matters falling under RICO Act violations.

It is logical to assume that the entire United States Department of Justice has been corrupted since the Department of The Ombudsman in Washington DC is acting under The United States Attorney General William Barr who is listed as a Defendant since his office sent a personal letter to the Plaintiff recently stating that the "Case was Closed" and that the "Victims had no right to seek Judicial Review" and that no Federal Offense had taken place and that each United States District Judge in the Districts of Utah and Colorado are refusing to even render a decision.

## TREASON AND CRIMES OF CONSPIRACY AND REBELLION

**18 U.S. Code CHAPTER 115—TREASON AND SEDITION**

Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States.

## 18 U.S. Code § 2382.Misprision of treason

Whoever, owing allegiance to the United States and having knowledge of the commission of any treason against them, conceals and does not, as soon as may be, disclose and make known the same to the President or to some judge of the United States, or to the governor or to some judge or justice of a particular State, is guilty of misprision of treason and shall be fined under this title or imprisoned not more than seven years, or both.

## 18 U.S. Code § 2383.Rebellion or insurrection

Whoever incites, sets on foot, assists, or engages in any rebellion or insurrection against the authority of the United States or the laws thereof, or gives aid or comfort thereto, shall be fined under this title or imprisoned not more than ten years, or both; and shall be incapable of holding any office under the United States

## 18 U.S. Code § 2384.Seditious conspiracy

If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, shall each be fined under this title or imprisoned not more than twenty years, or both.

## 18 U.S. Code § 2385.Advocating overthrow of Government

Whoever knowingly or willfully advocates, abets, advises, or teaches the duty, necessity, desirability, or propriety of overthrowing or destroying the government of the United States or the government of any State, Territory, District or Possession thereof, with intent to cause the overthrow or destruction of any such government, prints, publishes, edits, issues, circulates, sells, distributes, or publicly displays any written or printed matter advocating, advising, or teaching the duty, necessity, desirability, or propriety of overthrowing or destroying any government in the United States or attempts to do so; or

Whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government by force or violence; or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons, knowing the purposes thereof—Shall be fined under this title or imprisoned not more than twenty years, or both.

As used in this section, the terms "organizes" and "organize", with respect to any society, group, or assembly of persons, include the recruiting of new members, the forming of new units, and the regrouping or expansion of existing clubs, classes, and other units of such society, group, or assembly of persons.

## 18 U.S. Code § 2387.Activities affecting armed forces generally

(a)Whoever, with intent to interfere with, impair, or influence the loyalty, morale, or discipline of the military or naval forces of the United States:

(1) advises, counsels, urges, or in any manner causes or attempts to cause insubordination, disloyalty, mutiny, or refusal of duty by any member of the military or naval forces of the United States.

## 18 U.S. Code § 2389.Recruiting for service against United States

Whoever recruits soldiers or sailors within the United States, or in any place subject to the jurisdiction thereof, to engage in armed hostility against the same; or Whoever opens within the United States, or in any place subject to the jurisdiction thereof, a recruiting station for the enlistment of such soldiers or sailors to serve in any manner in hostility against the United States Shall be fined under this title or imprisoned not more than five years, or both.

THE MATTER HEREIN BEGAN WITH A COMMON CRIMINAL ACTION OF WHAT IS KNOWN IN ESTATE PLANNING TERMS AS "THE OLD SWITCHEROO" WHEREIN A JEALOUS SIBLING BRINGS THEIR ENTIRE FAMILY IN TO BE FRAUDULENTLY DEPRIVED OF ONE'S RIGHT TO PROVIDE THEIR POSTERITY WITH THEIR LEGACIES IN ADDITION TO ILLEGALLY DEPRIVING AN UNSUSPECTING SIBLING OF THEIR BIRTHRIGHT.

ALTHOUGH THE FACTS SURROUNDING THE RICO ACT VIOLATIONS ARE IN AND OF THEMSELVES HORRIFIC CRIMES TYPICALLY USED BY WELL KNOWN MAFIA FAMILIES; THE EVIDENCE WHICH HAS BEEN EXPOSED WITHIN THIS MATTER REVEALS NOTHING SHORT OF THE INTENTIONAL ASSAULT ON THE UNITED STATES CONSTITUTION AND THE ASSOCIATED BILL OF RIGHTS WHICH IS BEING TRAMPLED ASSUNDER HEREIN.

THE FOLLOWING PAGES REPRESENT ONE OF THE RECENT FILINGS WITHIN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO WHICH HAS YET TO EVEN HAVE AN ACKNOWLEDGEMENT FROM EITHER THE DEFENDANTS OR THE ASSOCIATED CHIEF JUDGE BRIMMER AND MAGISTRATE CREWS BOTH OF WHOM REFUSE TO RESPECT THE LAWS SURROUNDING THEIR DUTIES AS PROVIDED UNDER THE RICO ACT OF 1970 AND EVEN REFUSE PLAINTIFF'S DEMANDS TO RENDER A DECISION KNOWING IT WOULD GO IMMEDIATELY TO THE SUPREME COURT OF APPEALS..

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| | **MOTION TO COMPEL DEFENDANTS TO PROVIDE THE INFORMATION REQUIRED BY LAW (AS PER THE ATTACHED PROPOSED ORDERS)** |
| **BRETT L. ELIASON, Agent, Trustee, Beneficiary of The Estates of Max and Joyce Eliason et al.,** | |
| | **ADJOINDER OF CASE NO. 1:20-CV-0024-RJS-DBP (ELIASON et al VS THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS et al.** |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES DEPARTMENT OF JUSTICE** | |
| | **REQUEST FOR SUBMISSION FOR DECISION ON CIVIL RICO ACT OF 1970 ALLEGATIONS WITH IMMEDIATE TRANSFER TO ATTORNEY GENERAL FOR PROSECUTION** |
| **CHIEF JUDGE ROBERT S SHELBY OF THE US DISTRICT COURT FOR THE DISTRICT OF UTAH** | |
| **MAGISTRATE JUDGE DUSTIN B PEAD OF THE US DISTRICT COURT FOR THE DISTRICT OF UTAH** | |
| **Defendant**. | **Case No. 1:20-CV-00959-PAB** |
| | **Judge:  PHILLIP A BRIMMER** |
| | **Magistrate Judge: S. KATO CREWS** |

Plaintiff Brett L Eliason hereby states that he is the Attorney in fact and Agent, Executor, Trustee, and Beneficiary representing his Father Max D Eliason, The Estates of Max and Joyce Eliason and hereby files this Motion to Compel the Defendants to provide the information requested herein and Adjoins the existing Case No.  1:20-CV-0024-RJS-DBP (ELIASON et al VS THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS et al (which is currently under the Jurisdiction of Defendants Chief Judge Robert J Shelby and Magistrate Judge Dustin B Pead of The United States District Court for the District of Utah.

## **DISCUSSION**

The Plaintiff filed the afore mentioned complaint within the United States District Court for the District of Utah on February 25th, 2020 and did so under urgent distress and with an associated plea for assistance as Victims as defined by The General Assembly Resolution 40/34 as it pertains to the relief entitled to those who are considered victims of Gross Violations of Civil Rights through the Abuse of Power of Office and the Abuse of Power of Government and Associations.

Joyce S Eliason passed away on May 21st, 2018 at which time the Law Office of Kirton McConkie acting as the Agent for The Corporation of The President of The Church of Jesus Christ of Latter-Day Saints illegally named Lisa Stephens as the Sole Trustee of the Max and Joyce Eliason Trusts dated October 28th, 2015.  Max D Eliason is still alive and the Defendants have "locked him under house arrest" and had his name erased as ever having existed as either Settlor or Co-Trustee of this A/B Trust (which is a Felony).

**THE RICO ACT OF 1970**

The **Racketeer Influenced and Corrupt Organizations** (**RICO**) **Act** is a United States federal law that provides for extended criminal penalties and a civil cause of action for acts performed as part of an ongoing criminal organization. The RICO Act focuses specifically on racketeering and allows the *leaders* of a syndicate to be tried for the crimes they *ordered* others to do or assisted them in doing, closing a perceived loophole that allowed a person who instructed someone else to, for example, murder, to be exempt from the trial because they did not actually commit the crime personally.[1]

RICO was enacted by section 901(a) of the Organized Crime Control Act of 1970 (Pub.L. 91–452, 84 Stat. 922, enacted October 15, 1970) and is codified at 18 U.S.C. ch. 96 as 18 U.S.C. §§ 1961–1968. G. Robert Blakey, an adviser to the United States Senate Government Operations Committee, drafted the law under the close supervision of the committee's chairman, Senator John Little McClellan. It was enacted as Title IX of the Organized Crime Control Act of 1970,

Under RICO, a person who has committed "at least two acts of racketeering activity" drawn from a list of 35 crimes—27 federal crimes and 8 state crimes—within a 10-year period can be charged with racketeering if such acts are related in one of four specified ways to an "enterprise".  Those found guilty of racketeering can be fined up to $25,000 and sentenced to 20 years in prison per racketeering count. In addition, the racketeer must forfeit all ill-gotten gains and interest in any business gained through a pattern of "racketeering activity."

When the U.S. Attorney decides to indict someone under RICO, they have the option of seeking a pre-trial restraining order or injunction to temporarily seize a defendant's assets and prevent the transfer of potentially forfeitable property, as well as require the

defendant to put up a performance bond. This provision was placed in the law because the owners of Mafia-related shell corporations often absconded with the assets. An injunction or performance bond ensures that there is something to seize in the event of a guilty verdict.

In many cases, the threat of a RICO indictment can force defendants to plead guilty to lesser charges, in part because the seizure of assets would make it difficult to pay a defense attorney. Despite its harsh provisions, a RICO-related charge is considered easy to prove in court since it focuses on patterns of behavior as opposed to criminal acts.[3]

RICO also permits a private individual "damaged in his business or property" by a "racketeer" to file a civil suit. The plaintiff must prove the existence of an "enterprise". The defendant(s) are not the enterprise; in other words, the defendant(s) and the enterprise are not one and the same.[4] There must be one of four specified relationships between the defendant(s) and the enterprise: either the defendant(s) invested the proceeds of the pattern of racketeering activity into the enterprise (18 U.S.C. § 1962(a)); or the defendant(s) acquired or maintained an interest in, or control of, the enterprise through the pattern of racketeering activity (subsection (b)); or the defendant(s) conducted or participated in the affairs of the enterprise "through" the pattern of racketeering activity (subsection (c)); or the defendant(s) conspired to do one of the above (subsection (d)).[5] In essence, the enterprise is either the 'prize,' 'instrument,' 'victim,' or 'perpetrator' of the racketeers.[6] A civil RICO action can be filed in state or federal court.[7]

**Both the criminal and civil components allow the recovery of treble damages (damages in triple the amount of actual/compensatory damages).**

Although its primary intent was to deal with organized crime, Blakey said that Congress never intended it to merely apply to the Mob. He once told *Time,* **"We don't want one set of rules for people whose collars are blue or whose names end in vowels, and another set for those whose collars are white and have Ivy League diplomas."**[3]

Initially, prosecutors were skeptical of using RICO, mainly because it was unproven. The RICO Act was first used by the US Attorney's Office in the Southern District of New York on September 18, 1979, in the United States v. Scotto. Scotto, who was convicted on charges of racketeering, accepting unlawful labor payments, and income tax evasion, headed the International Longshoreman's Association. During the 1980s and 1990s, federal prosecutors used the law to bring charges against several Mafia figures. The second major success was the Mafia Commission Trial, which ran from February 25, 1985, through November 19, 1986. Rudy Giuliani indicted 11 organized crime figures, including the heads of New York's so-called "Five Families", under the RICO Act on charges including extortion, labor racketeering, and murder for hire. *Time* magazine called this "Case of Cases" possibly "the most significant assault on the infrastructure of organized crime since the high command of the Chicago Mafia was swept away in 1943", and quoted Giuliani's stated intention: "Our approach is to wipe out the five families."[8] Gambino crime family boss Paul Castellano evaded conviction when he and his underboss, Thomas Bilotti, were murdered on the streets of Midtown Manhattan on December 16, 1985. However, three heads of the Five Families were sentenced to 100 years in prison on January 13,

1987.[9][10]  Genovese and Colombo leaders, Tony Salerno and Carmine

Persico received additional sentences in separate trials, with 70-year and 39-year

sentences to run consecutively. He was assisted by three Assistant United States

Attorneys: Michael Chertoff, the eventual second United States Secretary of Homeland

Security and co-author of the Patriot Act; John Savarese, now a partner at Wachtell

Lipton Rosen & Katz; and Gil Childers, a later deputy chief of the criminal division for

the Southern District of New York and now managing director in the legal department at

Goldman Sachs.

A more expansive view holds that in order to be found guilty of violating the RICO

statute, the government must prove beyond a reasonable doubt: (1) that an enterprise

existed; (2) that the enterprise affected interstate commerce; (3) that the defendant was

associated with or employed by the enterprise; (4) that the defendant engaged in a

pattern of racketeering activity; and (5) that the defendant conducted or participated in

the conduct of the enterprise through that pattern of racketeering activity through the

commission of at least two acts of racketeering activity as set forth in the

indictment. *United States v. Phillips*, 664 F. 2d 971, 1011 (5th Cir. Unit B Dec.

1981), *cert. denied*, 457 U.S. 1136, 102 S. Ct. 1265, 73 L. Ed. 2d 1354 (1982).

An "enterprise" is defined as including any individual, partnership, corporation,

association, or other legal entity, and any union or group of individuals associated in fact

although not a legal entity. 18 U.S.C.A. § 1961(4) (West 1984). Many courts have noted

that Congress mandated a liberal construction of the RICO statute in order to effectuate

its remedial purposes by holding that the term "enterprise" has an expansive statutory

definition. *United States v. Delano*, 825 F. Supp. 534, 538-39 (W.D.N.Y. 1993), *aff'd in part, rev'd in part*, 55 F. 3d 720 (2d Cir. 1995), cases cited therein.

"Pattern of racketeering activity" requires at least two acts of racketeering activity committed within ten years of each other. 18 U.S.C.A. § 1961(5) (West 1984). Congress intended a fairly flexible concept of a pattern in mind. *H.J., Inc. v. Northwestern Bell Tel. Co.*, 492 U.S. 229, 239, 109 S. Ct. 2893, 2900, 106 L. Ed. 2d 195 (1989). The government must show that the racketeering predicates are related, and that they amount to or pose a threat of continued criminal activity. *Id.* Racketeering predicates are related if they have the same or similar purposes, results, participants, victims, or methods of commission, or otherwise are interrelated by distinguishing characteristics and are not isolated events. *Id.* at 240, 109 S. Ct. at 2901; *Ticor Title Ins. Co. v. Florida*, 937 F. 2d 447, 450 (9th Cir. 1991). Furthermore, the degree in which these factors establish a pattern may depend on the degree of proximity, or any similarities in goals or methodology, or the number of repetitions. *United States v. Indelicato*, 865 F. 2d 1370, 1382 (2d Cir.), *cert. denied*, 493 U.S. 811, 110 S. Ct. 56, 107 L. Ed. 2d 24 (1989).

Continuity refers either to a closed period of repeated conduct, or to past conduct that by its nature projects into the future with a threat of repetition. *H.J., Inc.*, 492 U.S. at 241-42, 109 S. Ct. at 2902. A party alleging a RICO violation may demonstrate continuity over a closed period by proving a series of related predicates extending over a substantial period of time. *Id.* Predicate acts extending over a few weeks or months and threatening no future criminal conduct do not satisfy this requirement as Congress was concerned with RICO in long-term criminal conduct. *Id.*

33

As to the continuity requirement, the government may show that the racketeering acts found to have been committed pose a threat of continued racketeering activity by proving: (1) that the acts are part of a long-term association that exists for criminal purposes, or (2) that they are a regular way of conducting the defendant's ongoing legitimate business, or (3) that they are a regular way of conducting or participating in an ongoing and legitimate enterprise. *Id.*

When a RICO action is brought before continuity can be established, then liability depends on whether the threat of continuity is demonstrated. *Id.* However, Judge Scalia wrote in his concurring opinion that it would be absurd to say that "at least a few months of racketeering activity. . .is generally for free, as far as RICO is concerned." *Id.* at 254, 109 S. Ct. at 2908. Therefore, if the predicate acts involve a distinct threat of long-term racketeering activity, either implicit or explicit, a RICO pattern is established. *Id.* at 242, 109 S. Ct. at 2902. **The RICO statute expressly states that it is unlawful for any person to conspire to violate any of the subsections of 18 U.S.C.A. § 1962. The government need not prove that the defendant agreed with every other conspirator, knew all of the other conspirators, or had full knowledge of all the details of the conspiracy.** ***Delano***, **825 F. Supp. at 542. All that must be shown is: (1) that the defendant agreed to commit the substantive racketeering offense through agreeing to participate in two racketeering acts; (2) that he knew the general status of the conspiracy; and (3) that he knew the conspiracy extended beyond his individual role.** ***United States v. Rastelli***, **870 F. 2d 822, 828 (2d Cir.),** ***cert. denied***, **493 U.S. 982, 110 S. Ct. 515, 107 L. Ed. 2d 516 (1989).**

## THE ESTATES OF MAX AND JOYCE ELIASON

| | |
|---|---|
| **CASH** | **$ 10 Million (In 5 separate accounts at Zions and Wells)** |
| **INVESTMENTS** | **$ 15 Million (In 5 separate accounts at TD Ameritrade)** |
| **ELIASON EIGHT, LLC** | **$100 Million (Oil and Gas Properties in UT, TX, CO, WY)** |
| **ELIASON ENT, LLC** | **$ 25 Million (Income Producing R/E; Residence, Etc.)** |
| **STILLMAN SEVEN LLC** | **$ 50 Million (7,500 Acre Ranch in family since 1904).** |
| **TOTAL** | **$200 MILLION** |

➢ KMC Law illegally named Lisa Stephens as the "Sole Trustee" upon the death of Joyce S Eliason on May 21st, 2018 despite the fact that this Estate Plan was done under the provisions of an "A/B Trust" with Max D Eliason being the Co-Settlor and Co-Trustee meaning all assets should still be found within an apparent non-existent Marital Trust.

➢ With this illegally obtained title of Sole Trustee; KMC Law empowered her and her husband Bryan Stephens to take every dollar out of every account of every Trust and from every Business Holding so that neither Max D Eliason or myself would have access to any of this capital to litigate for the rights we were told to "Sue KMC Law" to protect as "Client and youngest Beneficiary" while KMC Law and the "COP" represented the Son in Law of Max and Joyce Eliason in Fraud.

➢ The Oil Properties which were located within Eliason Eight, LLC were never to be removed and yet they have been illegally transferred to The Eliason 2015 Trust and The Eliason 2016 Trust with provisions made for a "Trust Protector" from KMC Law to be able to sell off assets or create any beneficiaries of his choosing including the creation of "Charitable Trusts" which KMC Law refuses to discuss. The "COP" and KMC Law refuse to allow a forensics audit or to even provide financials with full disclosure.

➢ The Defendants illegally transferred $722K from Eliason Eight, LLC and put it into the Eliason 2016 Trust and then wired this amount to pay income taxes on Illegally removed oil producing properties with the proceeds being paid to unknown but illegal recipients. There were three counts of "Wire Fraud" in 2018 alone which carries a prison sentence of 20 years for each respective count. The recipients did not likely pay taxes on the stolen oil properties which would result in approximately $100 Million of tax evasion to the various participants which KMC Law and the "COP" refuse to provide.

➢ Stillman Seven LLC was illegally transferred out of the Estate of Joyce S Eliason to the fraudulently created Grandchildren's Trust (KMC Law refuses to provide documentation) and which was illegally modified after the Defendants administered an illegal prescription of morphine and forced her to sign an invalid document on April 17th, 2018 which was followed by a morphine induced coma and is considered "attempted murder" herein.

**THE CRIMES WHICH ARE ASSOICATED AND ALLEGED HEREIN THAT QUALIFY FOR PUNISHMENT UNDER THE RICO ACT OF RACKETEERING AND ORGANIZED CRIME INCLUDE THE FOLLOWING"**

1. Any act or threat involving Murder (Both Joyce Eliason and Brett Eliason)

2. Bribery (All Compensation paid to the "COP" and KMC Law was Bribes)

3. Extortion (See the Cause of Action relating to "My 3-D ME")

4. Embezzlement (The combined estates of Max and Joyce have been embezzled.

5. Fraud (Of EVERY document within the Estate Plan of Max and Joyce Eliason)

6. Wire Fraud (Funds were stolen from Eliason Eight and wired to the IRS for taxes)

7. Financial Institution Fraud (All Accounts illegally closed without accounting).

8. Obstruction of Justice (Every Motion the Defendants File and block Justice)

9. Obstruction of Criminal Investigation (Judge Shelby, Jude Pead, Judge Mow etc.)

10. Obstruction of State or Local Law Enforcement (Unified Police, District Attorneys)

11. Tampering with a witness (Bribing and/or coercing Plaintiffs' Attorneys etc.)

12. Tampering with a Victim (Declaring Max Eliason incompetent and Plaintiff insane

13. Retaliation against a Victim (Max is under house arrest while they "undo" Plaintiff.

14. Theft of Trade Secrets (KMC Law supported the theft of My 3-D ME Technology)

15. Money Laundering (Perform a forensic audit of cash paid to Kirkland Ellis Law)

16. Tax Evasion (The $100 Million of stolen Oil Properties was not reported to IRS)

17. Falsification of Government Documents (See Probate Court Trust Documents)

18. Felony Defamation (Fraudulent allegations filed against plaintiff with State APS)

19. Abuse and Exploitation of Vulnerable Adults and Children

20. Abuse of Power of Office with malicious financial and emotional assaults

**THE IMMEDIATE INJUNCTION ACTIONS WHICH SHOULD BE TAKEN AS PER US LAW:**

A.  THE COURT SHOULD FORCE KIRTON MCCONKIE TO CEASE ALL HOSTILITIES AGAINST THE ELIASON FAMILY WHICH INCLUDES MOTIONS FOR DISMISSAL AND FORCING THEIR VICTIM TO BE HIS OWN PRO SE ATTORNEY WHEN THEY IN FACT WERE PAID TO REPRESENT HIM IMPARTIALLY WITH HIS SIBLINGS (BUT ONLY AFTER THEIR CLIENT MAX DIED).


B.  IMMEDIATE STEPS SHOULD BE TAKEN TO PROTECT THE SAFETY OF THE VICTIMS (PAST, PRESENT, AND FUTURE) INCLUDING THE IMMEDIATE ADMISSION OF GUILT BY THE "COP" AND KIRTON MCCONKIE THAT THEY ARE ILLEGALLY PROHIBITING BRETT L ELIASON FROM SEEING HIS OWN FATHER WITH NO OTHER REASON THAN TO CONCEAL THEIR CRIMES AND A PUBLIC APOLOGY (AS PER VICTIMS' RIGHTS UNDER GENERAL ASSEMBLY 40/34 AS IT RELATES TO ABUSE OF POWER) MADE WITH A DISCLOSURE AS TO EACH PARTICIPANT WHO IS KNOWINGLY BEING INVOLVED IN THIS "MAFIACRACY" AND TO TREAT THE DEFENDANTS AS "DESPERATE CRIMINALS" AND ACT ACCORDINGLY THROUGH LOCAL LAW ENFORCEMENT AND THE FBI.


C.  THE "COP" AND KMC LAW ARE TO RESTORE THE ESTATES OF MAX AND JOYCE S ELIASON TO THE CONDITION THEY WERE IN PRIOR TO THE RELATIONSHIP BEING CONSUMMATED UNDER FRAUDULENT MISREPRESENTATION AND A FORENSICS AUDIT PERFORMED ON ALL ASSETS AND TO EXPOSE EVERY RECIPIENT OF ELIASON EIGHT, LLC OIL AND OR ANY OF THE INSURANCE PROCEEDS WHICH WAS PLACED ON THE LIFE OF JOYCE S ELIASON ILLEGALLY AND THE PROCEEDS DISTRIBUTED AS PER FRAUDULENT VERBIAGE FOUND WITHIN THE ELIASON 2016 TRUST.


D.  KIRTON MCCONKIE AND THE "COP" ARE TO DISCLOSE AND RETURN ALL COMMPENSATION THAT THEY HAVE RECEIVED THROUGH ANY SOURCE WHICH SINCE EVERY DIME PAID IS CONSIDERED A FELONY BRIBE (INCLUDING OIL PROPERTIES, REAL ESTATE, INSURANCE PROCEEDS, AND "RETAINER AND HOURLY BILLING FEES").  THIS AMOUNT IS TO BE AWARDED TREBLE DAMAGES AND RETURNED TO PLAINTIFF IMMEDIATELY FOR HIS PRO SE "LEGAL COSTS".

**DALLIN H OAKS; PRESIDENT OF THE QUORUM OF THE TWELVE APOSTLES OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS; (TRUSTEE OF COP)**

Dallin H Oaks should be deposed under Oath IMMEDIATELY as to his involvement within this matter and to have him as a former Utah Supreme Court Judge who is the next "Prophet to Be" of the LDS Church and to explain why he has not heretofore taken any actions of "Good Faith" towards the clients who are victims of "Conspiracy to Commit Aggravated Retaliation against Victims and the associated Aggravated Abuse and Exploitation of the Vulnerable Adults and children KMC Law and the "COP" were paid to protect.

Dallin H Oaks is the acting Trustee of "The COP" and he is the acting High Managerial Agent directing the actions of KMC Law and it is felt that he is responsible for implementing this strategy of "Estate Planning Murder" on the Eliason Family which goes unchecked today and which may involve countless victims throughout the world via Kirton McConkie Law Offices and Kirkland Ellis Law Offices in Chicago.

An undisclosed source and victim of this type of fraud coming from "The Honorable Dallin H Oaks" (who lives in Chicago) reports that Kirkland Ellis is allegedly receiving subcontracted business from the LDS Church whereby it is able to launder the hundreds of billions of unaccounted for Tithes and Offerings (as per the Whistleblower Report from Lars Nielsen concerning the concealed $100 Billion fund; the estimated income of the "COP" at $15 Billion/year while the church returns only $50 Million per year).

38

Dallin H Oaks is a reported former CIA Operative under George H Bush and who became an FBI recruiter who utilized his position as President of BYU and a Professor at the J Reuben Clark Law School to "recruit" the members of the "Mormon Mafia" into powerful positions within the legal industry and the state governments along with the leadership of the LDS Church.

The recent report of the LDS Church breaking the Federal Laws concerning 501-C3 Corporations and the associated $100 Billion of cash sitting untouched for over 20 years. Becomes extremely suspicious when considering that it has contributed approximately $3.5 Billion to society over the past 20 years while its income from Tithes and Offerings and for-profit operations is estimated at $15 Billion per year.  That implies that the LDS Church has returned approximately 3-4 months of Tithes and Offerings which it has accrued over the past 20+ years.

That would imply that there is a missing $300 Billion of "Tithes and Offerings" since the $100 Billion was already there 20 years ago.  The LDS Church is returning 1% of the "donations" it receives and has never produced an audit of its actions even though the members of the LDS Church such as "ME" deserve to know where the millions of dollars of tithes and offerings the Eliason Family has paid (along with the embezzled $200 Million estates) and whether or not these Sacred Tithes and Offerings are being used to influence the Political Agenda of Dallin H Oaks who was fired from BYU as President by President Ezra Taft Benson because "Brother Oaks" ideology concerning socialism and communism were considered to be too radical for the students.

It was immediately thereafter that Dallin H Oaks became the Utah Supreme Court Justice after being nominated twice to be a member of The United States Supreme Court.  It was also at this time in the history of the church that President Ezra Taft Benson warned the Church more than any other prophet that proceeded him; that the works of the "Secret Societies and Secret Combinations such as Gadianton Robbers" would challenge that Saints in the Latter-Days as "Murderous Cults" that would infiltrate every organization within State and Church and whose design is far from being considered "Divine".

It is alleged that Dallin H Oaks has utilized his position of power within the LDS Church to gain control of one of the most powerful and consistent cash flows in existence on the planet earth; and has used it since the beginning to promote his "NEW WORLD ORDER" Philosophy which was openly spoken of by President George H Bush and George W Bush as being their ultimate objective.

## THE THREAT TO NATIONAL SECURITY AND THE US CONSTITUTION

When one understands the "Pure Evil" which is found herein and that the same individual who causes countless members of the "LGBTQ" Community to kill themselves following his speeches of "Hate Crimes" from the LDS Pulpit; it is the most repulsive form of Hypocrisy and Lawlessness coming from one who professes to not only protect and be an hones Judge of Mankind; but also sits within the Holy Walls and sanctuary of the Temple while orchestrating the "Greatest Lie of All Times" which Adolph Hitler stated would lead to success in the scriptures of "Mein Kamph".

With the understanding of his capacity to have no remorse and who declines to apologize to "Mama Dragons" whose children have killed themselves because of his words; and to combine this fact with his intentional advertisement that the lawyers of KMC Law are "The Attorneys of Jesus Christ Himself" and to "bring your wealthy estates to us" (so we can put them up for bids to the highest bribe paid under the Craig McCullough Two for one estate scamming special which comes with free illegally morphine to put down that mom that won't die before her illegal life insurance policy expires).  Dallin H Oaks is without a doubt the man who is the Trustee over the funds of the "COP" and his absolute power has absolutely led to absolute corruption as defined by his entitlement to "Rape and Pillage" the estates of Max and Joyce Eliason and to still be doing "business as usual" as he has done for the past seven years.

His association with Presidents and Political figures cannot be denied; and his known "communism and socialistic" ideology was troubling enough for him to get fired from being President of BYU where he was criticizing his own Church Leaders (which he now says is intolerable).  He cannot answer one "Yes or No" Question within this matter and his integrity and honesty are "in the red" as far as credibility is concerned and there is no title on earth that can be allowed to act in this fashion of playing "Fourth Reich" Kingpin and Gatekeeper while forcing kids to kill themselves from the pulpit.   His ties at Kirkland Ellis not only include suspicious "inflated lawyer billings"; but this firm is also the known Firm that represents The Rockefellers and The Rothschilds who are self-stated "New World Order" Illuminati members whose definition of "One World Government and One World Religion" also believes in THE WORLD ELITE.

41

**THE ILLUMINATED WORLD ELITE UNDER THE NEW WORLD ORDER**:

The connection of just "WHO" Dallin H Oaks is and his ties into the underground world of Conspiracy and his defiance of the Laws of God and Man are to be considered a viable threat to the Safety of The Entire World when it is understood that the "Illuminati" have the goal of World Domination which includes the ownership of everything including all of the Oil Resources in the entire world (thus the reason why the Estates of Max and Joyce Eliason have been assaulted for over seven years).

Dallin H Oaks would clearly match the definition of the Lawless One and The Son of Destruction as per prophetic scripture with the Embezzlements from the Eliason Family putting him at number eight in the division of "most corrupt leaders in history" and he will go to a distant first position when it is exposed where the missing hundreds of billions of dollars have been applied

The HUMANITY of the entire World should fear this matter herein due to the fact that the "World Elite" have sworn a vow of loyalty as "Luciferians" and that they are willing to commit any crime as long as it promotes the well-being of "The New World Order" (such as the Fifty Felonies Herein).    Just as was the case with "Brother Adolph Hitler"; the agenda of "exterminating" those whose right to life is considered as dispensable as the civil rights they have stolen from the victims herein; the agenda of the New World Order includes the extinction of Humanity as we know it; in order for the "World Elite" to live in their new "Utopian La La Land" where they have raped and pillaged the earth for themselves.  HOW CONVENIENT WOULD IT BE FOR THIS "DARK EVIL" TO SUDDENLY RELEASE A NEW VIRUS STRAIN NOW KNOWN AS THE COVID-19 PANDEMIC SO AS TO COMPLETE THEIR EVIL PLAN AND WIPE OUT THE REQUIRED NUMBERS OF INNOCENT LIFE WHILE THEY HAVE BEEN VACCINATED.  THE DEFENDANTS HEREIN HAVE NO GUILT OF CONSCIOUS WHATSOEVER FOR COMPLETELY DESTROYING MY ENTIRE FAMILY AND THEY LITERALLY COULD COMMIT "ESTATE PLANNING MURDER" ON ANYONE VIA THE HELL'S ANGELS OF KIRTON MCCONKIE AND UNDER THE DIRECTION OF A MAN WHOSE EVERY ACTION REFLECTS "HAIL HITLER…."

# PROPOSED ORDER BY THE UNITED STATES
# <u>DISTRICT COURT OF UTAH OR COLORADO</u>

THE UNITED STATES DISTRICT COURT HEREBY COMPELS AND DEMANDS THAT THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS (AS PRINCIPAL) BE REQUIRED TO ACCOUNT FOR THE MISSING ASSETS OF THE ESTATES OF MAX AND JOYCE ELIASON WHICH HAVE BEEN EMBEZZLED THROUGH THE LAW OFFICES OF KIRTON MCCONKIE WHO IS AN AGENT ACTING ON THEIR BEHALF AND UNDER THE DIRECTION OF THE "HIGH MANAGERIAL AGENT DALLIN H OAKS" (PRESIDENT OF THE QUORUM OF THE TWELVE APOSTLES OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS).

IN ADDITION TO THE IMMEDIATE ACCOUNTING WHICH IS OWED BY STATE AND FEDERAL LAW TO BE PROVIDED TO THE PLAINTIFF AS THE ACTING AGENT, TRUSTEE, PERSONAL REPRESENTATIVE, AND BENEFICIARY OF THE MAX AND JOYCE ELIASON ESTATES, IS THE IMMEDIATE DEMAND TO DISCLOSE UNDER WHAT LEGAL BASIS AND JURISDICTION THE DEFENDANT CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS CAN CITE WHICH PERMITS THEM TO LEGALLY REPRESENT DEFENDANTS BRYAN AND LISA STEPHENS (AS SOLE TRUSTEE), AND MARK AND LAURIE ELIASON WITHOUT DISCLOSURE TO EITHER VICTIM MAX D ELIASON (WHO IS SETTLOR AND CO-TRUSTEE) OR HIS SON BRETT L ELIASON.

THE DEFENDANTS ARE ADVISED THAT THEY ARE CONSIDERED PERSONALLY LIABLE FOR BOTH CRIMINAL AND CIVIL DAMAGES ASSOCIATED HEREIN AND ARE RESPONSIBLE UNER THE UNITED STATES LAWS SURROUNDING CORPORATE OFFICER LIABILITY AND AGENCY AND THAT ANY CONCEALMENT HEREIN OR HEREAFTER IS A FELONY CHARGE OF "OBSTRUCTION OF JUSTICE" AND WILL BE HELD ACCOUNTABLE WITH NO IMMUNITY OFFERED FOR ABUSING ONE'S POWER OF OFFICE ALSO ALLEGED HEREIN UNDER THE GENERAL ASSEMBLY 40/34.

Signed this ___ day of _____, 20___.

BY THE HONORABLE UNITED STATES DISTRICT
COURT CHIEF JUDGE PHILLIP, A BRIMMER FOR
THE DISTRICT OF COLORADO

_____

43

## CONCLUSION AND REQUEST BY THE VICTIMS

This is the most tragic display of how corruption which goes unchecked leads to the demise and the undermining of society as we know it.  Anyone who "knows" or understands the level of corruption herein and is not doing everything in their power to bring the guilty "World Elite to Justice"; is literally "commanding" that the corruption continues and grows until it wipes out the planet before the COVID 19 Virus can do it.

This should be considered an URGENT matter to the Government especially when it implies that Presidential appointment such as Chief Judge Robert J Shelby are implicated with little possibility that he or Magistrate Dusting Pead have for not taking this matter seriously when filed under RICO on February 25th, 2020 and them not even requesting that the "COP" or KMC Law provide the legal documents which Plaintiff is entitled to on behalf of himself and as the Executor and Agent of Max D Eliason with the associated duties of Trustee, Beneficiary, and Member Manager of Eliason Eight, LLC and Eliason Enterprises, LLC.

It is proposed that the actions herein be considered "Unconstitutional" as per the rules of the United States District Court System and that the appropriate document be executed by either Judge Brimmer or Judge Crews and that the Attorney General of either the District of Colorado or Attorney General William Barr to prosecute this matter and put out the "evil fire" before it consumes the Freedoms which America was built upon by our divinely inspired Founding Fathers whose voices scream from the grave along with an entire army of ancestors all who are "all in" during this Armageddon.

If anyone is looking for proof that "God is not dead; nor doth he sleep"; the events which have brought this matter to the Tenth Circuit Court of The United States and The District of Colorado would inspire even an "atheist" to follow the trail of countless interventions and the associated "unfolding of events" before Plaintiff's eyes which in the end will prove the Defendants lives are all based on lies.  I would dare anyone who is following this matter and who is familiar with 3 Nephi and other biblical scripture associated with "End Times" to dispute that this "Revealing of the  Lawless Man and The Son of Destruction" is before the eyes of the world and that the "Prince of Lies" would be found within the "Sanctuary of The Temple Walls" after a Seven Year Battle which would happen immediately preceding "The Great Apostacy" which would likely be the imminent result of The Officers of COP and the dozens of associated "righteous" members of society being locked up for 1,000 years and the LDS Church bankrupted by not being able to correctly answer the one blaring question from scripture concerning Fiduciary Duty.  I ask once again that the First Presidency and the Quorum of The Twelve Apostles of The Church of Jesus Christ of Latter-Day Saints to answer the simplest of all questions that shall determine your innocence or guilt at the "JUDGEMENT BAR EXAM" … **"DO YOU SERVE ME?"**  Your ending is foretold in prophesy in a battle wherein "God and ME" and "We The People of The United States" are holding the Defendants  in checkmate on page one and they refuse to admit that one **"PAWN of GOD"** could take out a their "King" and Legion of Thugs who are all playing for the **"ARMY of FRAUD".**  Welcome to your own personalized form of Armageddon and "AMEN" to your Priesthood and rights to be called Free Men; A Dieu.

/s/ Brett L. Eliason

45