# EXHIBIT B

**Timeline of major events relating to the estate planning process of**

**Max and Joyce Eliason from May 2013 - Present**

| | |
|---|---|
| June 19th, 2013<br><br>(Exhibit A) | Max and Joyce Eliason introduced to Craig McCullough by Bryan Stephens under Fraudulent Misrepresentation claiming McCullough had represented Joyce's brother; Larry Stillman. Max and Joyce request a simple 33/33/33 division of their estate. |
| October 28th, 2015<br><br>(Exhibit B) | Max and Joyce Eliason execute the Max and Joyce Eliason A/B irrevocable trust separating their assets into separate entities. Both are named as co-settlors and successor trustees. (Kirton McConkie refuses to provide copy of trust today). |
| December 30th, 2015<br><br>(Exhibit C) | The Eliason 2015 Trust is created essentially giving Craig McCullough unlimited rights as Trust Protector; including the right to transfer all assets from the Max and Joyce Eliason A/B Trusts created two months earlier, and giving him ability to make himself a beneficiary of Max and Joyce Eliason. |
| November 2nd, 2016<br><br>(Exhibit D) | Craig McCullough holds meeting at the Stephens residence without the consent of Max and Joyce Eliason essentially removing $1.7M of assets from Brett L Eliason. |
| November 7th, 2016<br><br>(Exhibit E) | Joyce Eliason sends scathing letter to Craig McCullough regarding undisclosed meeting and informing him he is to never allow Bryan Stephens to participate in any meetings concerning her estate. (Craig McCullough was secretly representing him and Lisa Stephens without her knowledge). |
| December 22, 2016<br><br>(Exhibit F) | The Eliason 2016 Trust is created with Craig McCullough indicating it was "better" than the Eliason 2015 Trust. It essentially transferred 55% of Eliason Eight, LLC into this Trust where tens of millions of dollars have flowed without authority and without disclosure of who is receiving distributions. Monthly transfers continue to this day. |

| November 2017 | Joyce Eliason informed chemotherapy is no longer having effect and had weeks to live. |
|---|---|
| December 8th, 2017 (Exhibit G-I) | Joyce Eliason demands Craig McCullough prepare amendments to Eliason Eight, LLC; Eliason Enterprises, LLC; and the Eliason 2016 Trust requiring unanimous approval for all actions by managers Mark Eliason, Lisa Stephens, and Brett Eliason |
| February 20, 2018 (Exhibit J) | Joyce Eliason send Brett Eliason text stating she is "protecting him from his jealous siblings" |
| February 27th, 2018 (Exhibit K) | Joyce Eliason and Brett Eliason execute lease for property in Trolley Square to open store they had worked on together since June 2016. Exhibit proves Joyce Eliason executed document knowingly and with excitement to see her store open before she passed away. |
| April 15th, 2018 (Exhibit L-M) | Joyce Eliason sends Brett Eliason text stating she is having allergic reaction to morphine. Medical records from Huntsman Hospital show it was never prescribed. Doctor Wallace Akerly attested he did not prescribe because is slows patients breathing. |
| April 17th, 2018 (Exhibit N) | Craig McCullough and Lisa Stephens force Joyce Eliason to execute the Second Amendment to the Joyce S Eliason Trust dated October 28th, 2015. Document transfers $6M from the Eliason 2016 trust into an admittedly non-existent trust, removes Max as co-settlor and successor trustee, and transfers Joyce's investment accounts to Lisa Stphens. Document is considered void without the approval of Max D Eliason, and the obvious fact Craig McCullough represented Lisa Stephens personally. |

| April 18th, 2018<br><br>(Exhibit O) | Lisa Stephens sends Brett Eliason email expressing her mother is having "a really sick day" |
| --- | --- |
| April 20, 2016<br><br>(Exhibit P- Q) | Lisa Stephens sends email to Brett Eliason stating Joyce Eliason had flu-like symptoms for the prior three days; a symptom of someone experiencing a morphine overdose. She further tells Brett to not come over to stay with Joyce that night, but if he did; he was to turn down her oxygen. |
| April 21st, 2018<br><br>(Exhibit R) | Joyce Eliason falls into a coma and is rushed to the Huntsman Cancer Hospital. Brett sends urgent email to Lisa Stephens explaining his mother being cold and vomiting; signs of Morphine overdose. |
| April 21st, 2018<br><br>(Exhibit S) | Lisa tells staff at Huntsman her mother has a "DNR" in place. Brett reminds her that Joyce stated clearly at the first meeting with Craig McCullough that she wanted to be kept alive if there was one brain cell functioning. |
| April 26th, 2018<br><br>(Exhibit T) | Joyce Eliason comes out of her coma and is finally lucid. The first thing she asked Brett is "what did I sign Brett, Lisa said it was a Diamond Trust of some kind" and her brother Larry Stillman had read and approved. |
| April 26th, 2018<br><br>(Exhibit U) | Brett sends Lisa text asking about Trust, to which Lisa responded it was an education Trust which can make loans and she was "really proud of it." |

| | |
|---|---|
| April 26th, 2018 | Brett Eliason goes to see Craig McCullough at Kirton McConkie demanding a copy of what his mother had signed. Mr. McCullough refuses to provide but assures Joyce it would be reversed through subsequent documents. |
| May 4th, 2018<br><br>(Exhibit V) | Craig McCullough delivers the Third Amendment to the Joyce S Eliason Trust dated October 28th, 2015 and claims Larry Stillman had approved. It would be revealed this document merely expanded the powers of Lisa Stephens and was once again done without the approval of Max D Eliason. |
| May 18th, 2018<br><br>(Exhibit X) | Bryan and Lisa leave for a family vacation to Sweden sending back pictures of them smiling as if they had won the lottery. |
| May 19th, 2018 | Joyce Eliason is rushed to University of Utah hospital under extreme duress with very shallow breathing. |
| May 21st, 2018 | Joyce Eliason dies at the age of 84 years old. Among her last words to Brett were "Lisa is a crook and concealing the evidence, check the wires between her and McCullough." A dying declaration the courts refuse to respect. |
| June 18th, 2018<br><br>(Exhibit Y) | Craig McCullough sends an electronic document to the court as a "recission of rights as Personal Representative" claiming Brett Eliason and Max Eliason gave him permission to remove them. |

41

| | |
|---|---|
| September 17th, 2018<br><br>(Exhibit Z) | Brett's business partners (John Bair, Zac Bair, Bob Bair, and Pauline Bair) from My 3-D ME "quit as partners taking all technology and intellectual property with them. It would be discovered Lisa had worked in conspiracy with the Bairs to destroy Brett's livelihood. |
| October 2018 | Brett secures a $1M hard money loan against his primary residence at with $100K fee and interest at 12%. This hopping to save his company and generate cash flow for his family. |
| June 2018 – February 2019 | Brett contacts Craig McCullough and Lisa Stephens on multiple occasions seeking information and accounting for his mother's estate. (The only response given was "it is very complicated and would take more time). |
| February 10th, 2019 | Brett visits his uncle Larry Stillman to inquire why Craig McCullough (who we believed was his estate planning attorney) was not responding. Mr. Stillman indicated "I have never heard of Craig McCullough.) |
| February 11th, 2019 | Brett visits Kirton McConkie and demands to see Craig McCullough. Tom Mecham introduces himself as Craig's manager and states "I am sorry we have to meet under these conditions, but we have an undisclosed conflict of interest and you and your father will need to sue us to protect your interests." |

| February 18th, 2019 (Exhibit AA) February 21st, 2019 (Exhibit BB) | Brett Eliason sends letter to Tom Mecham as a plea for help. Lisa Stephens withdraws final $637,958 (of $6M) from the Eliason 2016 Trust without approval or authority. This was going to be the source of legal fees necessary to sue Kirton McConkie thereby forcing Max and Brett Eliason into a pro-se situation. |
|---|---|
| February 23rd, 2019 (Exhibit CC) | Tom Mecham responds to letter dated February 18th, 2019 and admits in writing that Craig McCullough represents Lisa Stephens and not Max and Joyce Eliason or Brett Eliason |
| February 23rd 2019, | Tom Mecham tells Craig McCullough to forward relative Trust documents to Brett Eliason, which included The Eliason 2015 Trust, The Eliason 2016 Trust, and the Joyce S Eliason Trust. All requests for beneficiary statements and accounting are refused. Statement in Trust makes Lisa Stephens as the Personal Trustee sole beneficiary of undisclosed insurance policies which existed on Joyce Eliason. Tells Brett to deal with Craig and Lisa going forward. |
| March 1st, 2019 (Exhibit DD) | Craig McCullough sends email stating he nor Lisa would communicate further with Brett Eliason and to secure an attorney. This following Brett's inquiry as to if Lisa knew anything about an entity named "Soul Capture" which was the new name of the website of My 3-D ME. |
| March 2nd, 2019 (Exhibit EE) | Brett Eliason sends 8-page letter to Craig McCullough explaining in detail the need for the situation to be resolved immediately, as the failure of My 3-D ME was imminent. He never responded. |

| March 19th, 2019<br><br>(Exhibit FF) | Brett Eliason sends letter to Craig McCullough and Kirton McConkie once again pleading for direction with the imminent financial collapse of My 3-D ME. It was never responded to. |
|---|---|
| March 20th, 2019<br><br>(Exhibit GG) | Under the direction of Max Eliason who was still very lucid, Brett and Max file complaint against Kirton McConkie under Judge Adam Mow of the Third District Court of Salt Lake County demanding justice and the accounting of the estate of Max and Joyce Eliason. It would later be dismissed with prejudice without a hearing or a jury trial. |

| | |
|---|---|
| March 28th, 2019<br><br>(Exhibit HH) | Attorney R. David Bishop makes appearance on behalf of Max D Eliason instead of Kirton McConkie and issues a scathing cease and desist order informing Brett Eliason he would be trespassing and stalking if he visits his own father. It implies Brett was abusing his father financially and emotionally. |
| April 2nd, 2019<br><br>(Exhibit HH) | Brett is instructed to contact only Greg Moesinger and Chris Hill as in-house counsel. A 20-page letter is sent once again with pleas for help and transparency. No response was ever offered. |
| April 6th, 2019<br><br>(Exhibit II) | Letter sent to Chris Hill once again pleading for help and direction as to how to proceed and restore the estate of Max and Joyce Eliason. No response was given. |
| April 7th, 2019<br><br>(Exhibit JJ) | Max Eliason writes check in the amount of $10k with intention of engaging George Burbidge of Christensen Jensen who had reviewed the fraudulent documents and announced "This is jail time for Craig McCullough." It was the only amount Lisa Stephens had left in her father's account after draining over $200K |
| April 13th, 2019<br><br>(Exhibit KK) | At the request of Max Eliason, Brett emails Chris Hill, Greg Moesinger, and Craig McCullough demanding an immediate meeting to discuss where his and his wife's assets were and a break-down of fees paid to McConkie. No response was given. |

| | |
|---|---|
| April 20th, 2019 | After paying over a year in lease payments, the company My 3-D ME is forced to close its doors. Brett's automobiles are repossessed after further hard money loans (at 100% interest), his two condominiums foreclosed on, and his credit destroyed. |
| May 3rd, 2019 (Exhibit LL) | R. David Bishop files for emergency motion and appointment of Lisa Stephens as conservator and guardian of Max D Eliason. Copy of $10k check Max had written is attached calling it fraudulent while simultaneously reporting this as a crime to Adult Protective Services. |

| May 21st, 2019 (Exhibit MM) | Following a demand for accounting and beneficiary statements, Kirton McConkie ignores the governing documents executed on December 8th, 2017 and removes Brett Eliason as Trustee and Manager of Eliason Eight, LLC and Eliason Enterprises, LLC and replaces him with Lisa's son and Brett's nephew, Jason Stephens. |
|---|---|
| June 2019 | Brett engages Jaryl Rencher of Rencher Anjewierden on a contingency fee basis to file complaint against Kirton McConkie et al. |
| September 9th, 2019 (Exhibit MM) | Jaryl Rencher submits complaint identifying multiple crimes including accounting fraud, breach of fiduciary duty, and states that Craig McCullough has transferred Eliason Eight assets (mineral rights) into an undisclosed charitable trust. Claims damages in the hundreds of millions. No response was required. It was subsequently discovered that Jaryl Rencher was a former partner at Kirton McConkie as a clear undisclosed conflict of interest. |
| October 24th, 2019 (Exhibit NN) | Attorney Kent Snider appears as counsel for Max D Eliason and refuses Brett the right to visit his father for his 85th birthday. He stated he had extensive conversations with Max and stated his client was still upset at what Brett had stolen from his estate. At the same time Mr. Snider was claiming Max Eliason was in late-stage Alzheimer's disease. |
| December 25th, 2019 | Brett is deprived of the right to see his father for Christmas. |

47

| | |
|---|---|
| March 5th, 2020<br><br>(Exhibit OO) | Brett files 300+ page Rico complaint to Chief Judge Robert Shelby of the United States District Court of Utah with all evidence necessary to put Craig McCullough in prison. Case is dismissed with prejudice without hearing or a jury trial, and no decision based on merits of the complaint. |
| May 27th, 2020<br><br>(Exhibit PP) | Craig McCullough and Lisa Stephens attempt to obtain a restraining order against Brett. He denied claiming lack of proof. |
| May 28th, 2020<br><br>(Exhibit QQ) | Craig McCullough and Lisa Stephens contact high school friend from the Unified Police Department (officer Scott Warenski) who lied on statement to court and stated Brett had violated a non-existent restraining order, and stated he was a co-habitant with Lisa Stephens (which had not happened since childhood 1984). Simultaneously Lisa's daughter Amy Menzel files and obtains misdemeanor for sending text (calling it electronic stalking). |
| **May 28th, 2020**<br><br>**(Exhibit RR)** | Judge Linda Jones issues warrant for arrest and sets bail at $25K. Without trial, Brett is sentenced to two years' probation and labeled a third-degree felon. He is given a court order to not contact Bryan or Lisa Stephens during this time, even though she is "the trustee" and Bryan "the CPA." |

| | |
|---|---|
| May 2020 – Present<br><br>(see court records) | Brett files over 40 complaints demanding the State of Utah and the Department of Justice compel Kirton McConkie to account for the estate of Max and Joyce Eliason. Not one of the judges would allow for a hearing or a jury trial; a fact that continues to this day. |
| June 2020<br><br>(Exhibit RR-SS) | Brett discovers documents in certain files including a fraudulently created divorce decree, and the engagement letter between him and Kirton McConkie dating back to 2016. |
| **July 2020**<br><br>(Exhibit TT) | Kirton McConkie, while fraudulently representing Lisa Stephens as the unlawfully appointed Personal Representative, sues and obtains a $52K judgement against Brett, claiming Joyce Eliason did not know what she was signing when she executed the personal guarantee and the lease. Kirton McConkie began accruing this amount at 18%. |

| | |
|---|---|
| November 15th, 2020 | Kirton McConkie issues an eviction notice to Brett and family with 3-day notice to vacate the home his mother bought him in 2016 where he had lived since then. Kirton McConkie claimed "unjust enrichment." The laws surrounding COVID prohibited them from achieving this retaliatory crime. |
| December 17th, 2020 | Brett Eliason is placed in mental hospital with nervous breakdown, caused by unbearable stress and prescription drug abuse. He would spend Christmas Day inside without being able to see his own family. |
| January 2nd, 2021<br><br>(Exhibit UU) | Brett discovers clause in Trust documents giving Lisa Stephens the right to put life insurance on him, make her the beneficiary of said policies, and pay the premiums with Brett's lawful inheritance. |
| June 15th, 2021<br><br>(Exhibit VV) | Brett borrows $20K on a hard money loan on his last vehicle to secure legal representation from Hepworth and Associates. Craig McCullough states he and McConkie were open to a settlement provided Brett release all parties from liability. Despite Brett accepting to pursue this avenue, Kirton McConkie refuses to respond. |
| December 21st, 2021<br><br>(Exhibit WW) | Brett through his attorney Michael Hepworth, makes plea to see his father for Christmas to which Kirton McConkie and Lisa Stephens respond with vicious letter stating he would be able to see his father under supervised conditions for 45 minutes a month; provided he did not speak of any past or present litigation. Kirton McConkie made every inference Brett is a dangerous criminal as a clear character assassination as they have done since Tom Mecham admitted guilt on February 11th, 2019. |
| December 2021-May 2023 | Hepworth and Associates continue to charge fees for weekly update meetings wasting both Plaintiff's time and money while refusing to file a motion in court to removed Craig and Lisa. Attorney Kyle Hoskins of Hepworth admitted he attended school with Greg Moesinger, and were very good friends. |

| | |
|---|---|
| May 3rd, 2023 | Brett engages John Snow of Parson's Behle and Latimer to prepare a motion to Probate to remove Lisa Stephens as Trustee and Craig McCullough as an unlawful Trust Protector. He stated at the engagement that it would take two weeks to prepare and $5K. |
| August 9th, 2023<br><br>(Exhibit ZZ) | John Snow takes five months and charges $65K to prepare complaint exposing the "impermissible conflict of interest," and states every document prepared by Craig McCullough be considered void. |
| August 2023 | Rather than ask for removal of Craig and Lisa, Mr. Snow files a derivative claim, and intentionally forgets to sign the complaint and include a summons. When Brett confronts John Snow and insists his initial requested motion be submitted to probate, he drops Brett as his client and Judge Coral Sanches dismisses the matter since a derivative claim requires an attorney; an alleged set up. |
| October 6th, 2023<br><br>(Exhibit AAA) | Knowing Plaintiff had spent all funds with John Snow, Kirton McConkie executes its $52K judgement which had accrued at 18% meaning Kirton McConkie entitled themselves to $115K. Defendants garnished all money in Plaintiff's account except for $5, and even drained Brett's daughters accounts. |
| December 2023<br><br>(Exhibit BBB) | Brett files complaint in federal court demanding accounting Case No. 2:23-00785 and submits hundreds of pages of evidence under Judge Tim Stewart. This would become the basis for Plaintiff's book "The Mormon Mafia and ME" which was now being written. All evidence from complaint filed by John Snow is included; leaving no doubt of guilt. |
| January 2024,<br><br>(Exhibit CCC) | Brett files demand for Lisa to be removed as Trustee to both Judge Robert Faust and Kara Petit citing her refusal to provide any beneficiary statements since 2015, and no accounting for where over $250M in assets had disappeared to. |

| | |
|---|---|
| February 27th, 2024<br><br>(Exhibit DDD) | Kirton McConkie claiming to represent Eliason Enterprises, LLC, obtains yet one more 3-day eviction notice for Brett's home located at 43 S. Fairway Drive. Judge Rita Cornish of the Second District Court of Utah refuses to hear appeal, and forces Brett and family to abandon property (to which he lawfully owns 33%).  He is forced to leave his own home in the middle of a snowstorm. Kirton McConkie informed Sherrif Brett was "crazy and dangerous" and to not let him out of his sight. |
| March 11th, 2024<br><br>(Exhibit EEE) | Following Brett's pleas for help from the State of Utah and Department of Justice to save his home, force statutory accounting, and see his own father; Judge Kara Petit as a probated judge slanderously labels Plaintiff as "vexatious." Judge Cornish, Judge Kouris, and Judge Tim Stewart all close cases since this ruling could apply to all other cases. This is the defense Kirton McConkie uses today to avoid answering simple yes or no questions surrounding their conflict of interest. |
| September 2nd 2024<br><br>(Exhibit FFF) | Veronique Eliason files new case as Trustee of the Max and Joyce Eliason Estate and on behalf of Max D Eliason individually demanding Judge Tena Campell force McConkie to account for the estate, and to appoint counsel to represent Max since he had no representation. |
| October 1st, 2024<br><br>(Exhibit GGG) | Lisa announces Max D Eliason is dying of a UTI despite having no symptoms of such. She refuses to state who the hospice worker but claims he has been under this type of care for over two years. Brett visits for 15 minutes and notes Max is drugged into a semi-comatose state, but shows no signs of illness nor fever. |
| October 1st, 2024<br><br>(Exhibit HHH) | Brett requests four hours of time with his father to say goodbye, Kirton McConkie (Greg Moesinger) informs Brett he is not allowed to visit and would be trespassing and stalking should he insist. |

| | |
|---|---|
| October 23rd, 2024 | Max D Eliason dies at the age of 89. His death certificate states cause of death as congenital heart failure, something Max had never been afflicted with. |
| October 28th, 2024 | Brett is allowed to see his father in Wasatch Lawn Mortuary before he was prepared for burial. It would be the first time he was allowed to see his dad on his birthday since 2018. |
| October 30th, 2024 | Brett demands information from mortuary including a copy of the last will and testament Lisa provided giving her sole discretion over the burial of their father, and an immediate autopsy. |
| October 31st, 2024 (Exhibit III) | While visiting the grave of his mother pending the funeral of his father, Brett arrives at the grave site to find Max Eliason had been buried that morning without a viewing and without a funeral. |
| October 31st, 2024 (Exhibit JJJ) | The very same day of his father's burial, Plaintiff publishes his book he has been working on for over a year, "The Mormon Mafia and ME." Included in the pages is most of the evidence discussed herein. Kirton McConkie or anyone else challenges its veracity. |

| | |
|---|---|
| November 15th, 2024<br><br>(Exhibit KKK) | Judge Tena Campbell immediately closes the complaint filed by Veronique Eliason as a Trustee on behalf of the Estate of Max and Joyce Eliason. She intentionally removes the name of the Estate, and erases the title of Trustee thereby falsifying court documents. Her reasoning is that it is apparent Veronique was simply after the money of her husband's parents; a slanderous comment coming from a US District Court Judge. |
| February 26th, 2025<br><br>(Exhibit LLL) | Kylie and Brittnie Eliason as beneficiaries of the Grandchildren's Trust file complaint pro se in federal court under Judge Nielson and Romero. Among multiple defendants, not one is required to respond to this day, despite multiple filings for summary judgement and statutory accounting. Judge Romero states "while she is deciding," all filings will be "lodged" thereby removing information from the Pacer system. |
| February 2025 to present | Whereas it has been proven there is an obvious gag order which Plaintiff has not been informed of; Brett Eliason publishes four more books (Kirton McConkie: The Lord's Lawyers from Hell; Faces of Corruption: Judge Coral Sanchez; Until Lambs Become Lions; and Dear President Trump, I Am Mad as Hell). Weekly emails are sent to all Kirton McConkie attorneys and various judges involved with one desperate plea; account for estate of Max and Joyce Eliason and give their youngest son the inheritance they have been paid millions to protect. |
| October 31st, 2025<br><br>(Exhibit MMM) | Exactly one year following the burial of Max Eliason; Chris Hill, Craig McCullough, and Greg Moesinger file a defamation case against Brett Eliason as individuals and not as part of Kirton McConkie. |
| October 31st, 2025<br><br>(Exhibit NNN) | The very same day, Kirton McConkie and the same attorneys represent Bryan Stephens, Lisa Stephens, Jason Stephens, and Mark Eliason in a duplicate complaint meant to overwhelm Plaintiff, and get a $7M judgement thereby taking away his final assets and cash flow in a clear attempt to once again make him homeless. |

| | |
|---|---|
| November 3rd, 2025<br><br>(Exhibit OOO) | Realizing the Defendants were doing this under the assumption it would be under the radar in State court, the two cases along with the probated case under Judge Kara Petit are removed to federal court eventually falling under the control of Judge Robert Shelby. |
| December 2025,<br><br>(Exhibit PPP) | Judge Shelby remands all three cases back to State court under Judges Laura Scott, Todd Shaughnessy, and Kara Petit without making any of the multiple defendants respond within the 21 days required by law. |
| January 30th, 2026<br><br>(Exhibit QQQ) | Judge Scott holds hearing under Utah Rule of Civil Procedure 26, and opens the case to discovery despite Kirton McConkie arguing Plaintiff had no right to respond as a vexatious litigant. The same ruling was made by Judge Todd Shaughnessy. |
| February 3rd, 2026<br><br>(Exhibit RRR) | Brett Eliason files initial disclosures, requests for production, documents, and admissions in both cases and sets dates for depositions and a corresponding list of third-party individuals and entities to receive subpoenas. |
| February 6th, 2026<br><br>(Exhibit SSS) | Brett Eliason files Amendment with the State of Utah confirming the governing documents of Eliason Eight, LLC and Eliason Enterprises, LLC are dated December 8th, 2017. |

| | |
|---|---|
| March 6th, 2026<br><br>(Exhibit TTT) | Greg Moesinger unlawfully representing Eliason Eight, LLC issues letter to Brett stating the amendment was fraud, and all distributions would cease unless Brett agreed to conditions (criminal extortion). |

| | |
|---|---|
| The Present<br><br>(Exhibit UUU) | Kirton McConkie has obtained what it hoped for from the beginning, to finally take every asset and dollar of cash flow lawfully entitled to him through his own LLC's and Trusts. The court has allowed them to not respond to the counter-complaints, blocked all subpoenas, depositions, and requests of any kind including admissions etc.<br><br>All pleas for emergency hearings are denied or ignored, and the most damning evidence against McConkie and the LDS Church either lodged or stricken.<br><br>This case has reached a point where the Court's intervention is no longer a matter of ordinary case management—it is necessary to prevent ongoing and compounding harm.<br><br>Defendant Brett L. Eliason stands in a position no litigant should occupy:<br><br><ul><li>stripped of income from a company in which he is a documented member and former manager;</li><li>excluded from governance under disputed and unproven authority;</li><li>denied access to financial records; and</li><li>accused of fraud for actions taken to enforce compliance with the Company's governing documents.</li></ul><br>At the same time, the parties asserting control over Eliason Eight, LLC have:<br><br><ul><li>refused to produce documentation establishing their authority;</li><li>continued to exercise unilateral control over company funds; and</li><li>conditioned Defendant's financial survival on his submission to their demands.</li></ul><br>This is not a hypothetical harm. This is not a future risk. This is a **present and ongoing deprivation of rights and resources**, occurring in real time while this matter remains pending before the Court. What makes this moment particularly significant is that the central issue is not complex: **Who has lawful authority to control Eliason Eight, LLC?**<br><br>That question is governed not by speculation or accusation, but by written documents already before the Court. The December 8, 2017 governing instrument establishes specific requirements for |

57

management authority and decision-making. Those requirements are not optional. They define the legitimacy of every subsequent action taken in the name of the Company.

Yet to date:

- no documentation has been produced demonstrating compliance with those requirements;
- no showing has been made that Defendant was lawfully removed; and
- no evidentiary basis has been presented to justify the complete termination of Defendant's distributions.
- no court requiring Plaintiffs to respond to simple yes/no questions.

Despite this, the consequences to Defendant have been severe and immediate.

His income has been cut off.

His access has been eliminated.

His position has been erased without adjudication.

And all of this has occurred while the issue of authority—the very foundation upon which these actions rest—remains unresolved. Courts are not merely forums for resolving disputes after the fact. They exist to ensure that **power is exercised lawfully while disputes are pending**. Where one party asserts control over an entity, controls its finances, and simultaneously deprives another party of their economic rights— without first establishing lawful authority—the risk of irreparable harm is not theoretical. It is inevitable.  The ongoing refusal by the court is not only considered heartless, it makes the parties involved complicit.