IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| BRETT L. ELIASON, et al.<br><br>Plaintiff,<br><br>v.<br><br>THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, et al.,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 1:20-cv-00024-RJS<br><br>District Judge Robert J. Shelby |

Before the court is Defendants Corporation of the President of the Church of Jesus Christ of Latter-day Saints and Dallin H. Oaks's (Church Defendants) Motion for Extension of Time to Respond to Plaintiffs' Motion to Vacate Order of Dismissal with Prejudice.[1] The Church Defendants seek the court's clarification on whether the court requires they respond to the Motion to Vacate, and if so, request an extension to the deadline to file a response until December 7, 2026.[2] Based on the arguments presented in the Motion to Vacate, the court concludes a response from the Church Defendants is not needed, and a decision to not file a response will not be construed as non-opposition to the Motion to Vacate. If the Church Defendants still intend to file a response, they must do so by Friday, November 20, 2026. Accordingly, the Motion is GRANTED IN PART.[3]

---

[1] Dkt. 82, *Motion for Extension of Time to Respond to Plaintiffs' Motion to Vacate Order of Dismissal with Prejudice* (*Motion*); *see also* Dkt. 80, *Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 60(b)(2), 60(b)(4), and 60(d)(3) to Vacate Void "with Prejudice" Dismissal Entered Without Subject-Matter Jurisdiction, to Reopen on Newly Discovered Late-2026 Financial and Tax Evidence, and for Judicial Notice of Prior Proceedings Before this Court* (*Motion to Vacate*).

[2] *Motion* at 1–2,

[3] Dkt. 82.

SO ORDERED this 10th day of November, 2026.

BY THE COURT:

ROBERT J. SHELBY
United States District Judge